IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

SOFTWARE RIGHTS ARCHIVE, LLC          §
                                      §
         Plaintiff,                   §
                                      §
v.                                    §
                                      §    Civil Action No. 2:07-CV-511  TJW
GOOGLE INC., YAHOO! INC.,             §
IAC SEARCH & MEDIA, INC., AOL LLC,    §
and LYCOS, INC.                       §
                                      §    JURY TRIAL DEMANDED
                                      §
         Defendants.                  §

### PLAINTIFF SOFTWARE RIGHTS ARCHIVE, LLC'S RULE 7.1 DISCLOSURE

Plaintiff Software Rights Archive, LLC files this disclosure statement pursuant to Rule

7.1 of the Federal Rules of Civil Procedure and states the following:

1.     Plaintiff Software Rights Archive, LLC is wholly-owned by SRA, LLC.  No

public corporation owns more than 10% of the equity of Software Rights Archive, LLC.


DATED:  November 21, 2007                    Respectfully Submitted,

                                             Lee L. Kaplan
                                             LEAD ATTORNEY
                                             State Bar No. 11094400
                                             SMYSER KAPLAN & VESELKA, L.L.P.
                                             700 Louisiana, Suite 2300
                                             Houston, TX 77002
                                             (713) 221-2323
                                             (713) 221-2320 (fax)
                                             lkaplan@skv.com

Victor G. Hardy
State Bar No. 00790821
(Requesting Admission *Pro Hac Vice*)
Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Jay D. Ellwanger
State Bar No. 24036522
**DiNovo Price Ellwanger LLP**
P. O. Box 201690
Austin, Texas 78720-1690
(512) 681-4060
(512) 628-3410 (fax)
vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**Brown McCarroll, LLP**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@mailbmc.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**Parker, Bunt & Ainsworth, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)