IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-511 (TJW) |
| | § | |
| GOOGLE INC., YAHOO! INC., | § | |
| IAC SEARCH & MEDIA, INC., | § | |
| AOL LLC, and LYCOS, INC. | § | JURY TRIAL DEMANDED |
| Defendants | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Adam G. Price enters his appearance in this matter as additional counsel for Plaintiff Software Rights Archive, LLC for the purpose of receiving notices from the Court.

Respectfully submitted,

*/s/ Adam G. Price*
Adam G. Price
State Bar No. 24027750
**DINOVO PRICE ELLWANGER LLP**
P. O. Box 201690
Austin, Texas 78720-1690
(512) 681-4043
(512) 628-3410 (fax)
E-mail: aprice@dpelaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 28th day of November 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

*/s/ Adam G. Price*
Adam G. Price