Software Rights Archive, LLC v. Google Inc. et al                                                                    Doc. 12

Appendix K                                                                                          Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

2007 DEC -3 AM 11: 16

TX EASTERN-MARSHALL

1. This application is being made for the following: Case #  2:07-cv-00511-TJW
Style: Software Rights Archive, LLC v. Google Inc. et al.                                    BY_____

2. Applicant is representing the following party/ies:    Software Rights Archive, LLC

3. Applicant was admitted to practice in  TX   (state) on  11/04/1994  (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant **has**/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
**Texas State; Southern Dist. Texas; New York State; Southern Dist. NY; Eastern Dist. NY.**

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I,_____Victor Hardy_____do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  11/29/07   Signature _____

Dockets.Justia.com

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Victor Hardy

State Bar Number 00798821

Firm Name: DiNovo Price Ellwanger LLP

Address/P.O. Box: P.O. Box 201690

City/State/Zip: Austin, TX 78720

Telephone #: (512)681-4038

Fax #: (512)628-3410

E-mail Address: vhardy@dpelaw.com

Secondary E-Mail Address: victorghardy@gmail.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 12-3-07

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By_____
Deputy Clerk

      I was administratively suspended twice for non-payment of inactive bar dues in Texas while I was residing and practicing in another jurisdiction. Both of these errors were a result of inaccurate mail address information. The first was in the nineties when I failed to tell the State Bar about my change in address and did not receive an invoice for the bar dues. The Second time was occured in the early 2000s and was a result of a error in the Bar records concerning my address where the bar had recorded "Fifth St." instead of "Fifth Ave." As a result I did not receive my bar dues invoice and failed to pay. This was not considered a disciplinary suspension I am currently in good standing in Texas.

# United States District Court

for the
Eastern District of Texas at Marshall

Date: Tuesday, December 4, 2007

Received from:

**DINOVO PRICE ELLWANGER**
**AUSTIN, TX**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check
Case or other reference: 2:07cv511 PHV Hardy
Comments: CK 259

Received by: pa