IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-511[TJW] |
| | § | |
| GOOGLE, INC., YAHOO! INC., | § | JURY TRIAL DEMANDED |
| IAC SEARCH & MEDIA, INC., | § | |
| AOL LLC, and LYCOS, INC. | § | |

## DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant YAHOO! INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff SOFTWARE RIGHTS ARCHIVE, LLC's Complaint and would respectfully show the Court as follows:

YAHOO! INC. has requested and Plaintiff has agreed to an extension of YAHOO! INC.'s time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Specifically, YAHOO! INC. requests, and SOFTWARE RIGHTS ARCHIVE, LLC does not oppose, an additional extension of time up to and including January 22, 2008.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: December 13, 2007

Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com

OF COUNSEL:
Michael A. Jacobs
mjacobs@mofo.com
Rachel Krevans
rkrevans@mofo.com
Richard S.J. Hung
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

ATTORNEYS FOR DEFENDANT
YAHOO! INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13TH day of December, 2007. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones

{A07\NEW\NEW\W0345008.1 }