IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-511[TJW] |
| | § | |
| GOOGLE, INC., YAHOO! INC., | § | JURY TRIAL DEMANDED |
| IAC SEARCH & MEDIA, INC., | § | |
| AOL LLC, and LYCOS, INC. | § | |

## ORDER GRANTING DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant YAHOO! INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Complaint until and through January 22, 2008. Such motion is GRANTED.

It is therefore ORDERED that Defendant YAHOO! INC. has until and through January 22, 2008 to answer, move, or otherwise respond to Plaintiff's Complaint.

{A07\NEW\NEW\W0345008.1 }