IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff <br><br> v. <br><br> GOOGLE, INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. <br><br> Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:07-cv-511-TJW <br><br> JURY TRIAL DEMANDED |

## DEFENDANT AOL LLC'S AGREED TO MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

TO THE HONORABLE T. JOHN WARD, UNITED STATES DISTRICT JUDGE:

Defendant, AOL LLC ("AOL"), through the undersigned counsel, respectfully moves this Honorable Court for an extension of time to answer, move or otherwise respond to the Complaint filed by the Plaintiff, Software Rights Archive, LLC ("SRA"). AOL seeks this extension of time without waiving any defense, motion, or matter, which might be presented pursuant to FED. R. CIV. 12(b), or any other rule or law.

SRA has agreed to an extension of AOL's time to respond in any manner whatsoever, including answer, motion, or any other pleading of any type, to SRA's Complaint. Specifically, AOL requests, and SRA does not oppose, an extension of time up to and including January 22, 2008.

Respectfully submitted,

Dated: December 14, 2007

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No. 0078716
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail:  rcbunt@pbatyler.com
E-mail:  charley@pbatyler.com

Lee L. Kaplan
State Bar No. 11094400
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Suite 2300
Houston, TX  77002
713.221.2323
713.221.2320 (fax)

Victor G. Hardy
State Bar No. 00790821
Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Jay K. Ellwanger
State Bar No. 24036522
DiNovo Price Ellwanger LLP
P. O. Box 201690
Austin, TX  78720-1690
512.681.4060
512.628.3410 (fax)
vhardy@dpelaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Brown McCarroll, LLP
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, TX  75606-3999

2

|  |  |
|---|---|
|  | 903.236.9800 |
|  | 903.236.8787 (fax) |
|  |  |
|  | Attorneys for SOFTWARE RIGHTS ARCHIVE LLC |
| Dated:  December 14, 2007 | */s/ Christopher W. Day with permission by*  *Robert Christopher Bunt* |
|  | Christopher W. Day |
|  | Senior Counsel |
|  | AOL LLC |
|  | 22000 AOL Way |
|  | Dulles, VA 20166 USA |
|  | Telephone:     (703) 265-8845 |
|  | Facsimile:     (703) 466-9255 |
|  | Christopher.Day@corp.aol.com |
|  |  |
|  | DEFENDANT AOL LLC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 14, 2007.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt