IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff <br><br> v. <br><br> GOOGLE, INC. YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. <br><br> Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:07-cv-511-TJW <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT AOL LLC'S MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, AOL LLC ("AOL"), without waiving any defense, motion or matter, which might be presented pursuant to FED. R. CIV. 12(b), or any other rule or law, filed its unopposed motion to extend the time to answer, move or otherwise respond to the Complaint filed by the Plaintiff, Software Rights Archive, LLC ("SRA"), until and through January 22, 2008. AOL's motion is GRANTED.

It is therefore ORDERED that AOL has until and through January 22, 2008, to answer, move, or otherwise respond to SRA's Complaint.