IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
|---|---|---|
| Plaintiff | § | |
| | § | |
| VS. | § | Civil Action No: 2:07-cv-511 (TJW/CE) |
| | § | |
| GOOGLE INC., YAHOO! INC., | § | |
| IAC SEARCH & MEDIA, INC. | § | |
| AOL, LLC, and LYCOS, INC. | § | |
| Defendants | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Plaintiff, Software Rights Archive, LLC, for the purpose of receiving notices and orders from the Court.

DATED this 17th day of December, 2007.

DATED: December 17, 2007            Respectfully submitted,


                                          By:  /s/ S. Calvin Capshaw
                                              S. Calvin Capshaw
                                              State Bar No. 0378390
                                              Elizabeth L. DeRieux
                                              State Bar No. 05770585
                                              BROWN MCCARROLL, LLP
                                              1127 Judson Road, Suite 220
                                              P.O. Box 3999 (75606-3999)
                                              Longview, Texas 75601-5157
                                              Telephone:  (903) 236-9800
                                              Facsimile:   (903) 236-8787
                                              Email: ccapshaw@mailbmc.com
                                              Email: ederieux@mailbmc.com


                                              Attorneys for Plaintiff,
                                              Software Rights Archive, LLC


**CERTIFICATE OF SERVICE**

    I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                /s/ S. Calvin Capshaw