IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC § | |
| Plaintiff § | |
| § | |
| VS. § | Civil Action No: 2:07-cv-511 (TJW/CE) |
| § | |
| GOOGLE INC., YAHOO! INC., § | |
| IAC SEARCH & MEDIA, INC. § | |
| AOL, LLC, and LYCOS, INC. § | |
| Defendants § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Plaintiff, Software Rights Archive, LLC, for the purpose of receiving notices and orders from the Court.

DATED this 17th day of December, 2007.

DATED: December 17, 2007         Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 0378390
Elizabeth L. DeRieux
State Bar No. 05770585
BROWN MCCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@mailbmc.com
Email: ederieux@mailbmc.com

Attorneys for Plaintiff,
Software Rights Archive, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux