# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | **Civil Action No. 2:07-cv-511-TJW** |
| **GOOGLE INC., YAHOO! INC.,** § | |
| **IAC SEARCH & MEDIA, INC., AOL LLC,** § | |
| **and LYCOS, INC.** § | |
| § | **JURY TRIAL DEMANDED** |
| **Defendants.** § | |

## ORDER GRANTING DEFENDANT IAC SEARCH & MEDIA, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant, IAC Search & Media, Inc., without waiving any defense, motion, or matter, which might be presented pursuant to FED. R. CIV. 12(b), or any other rule or law, filed its unopposed motion to extend the time to answer, move, or otherwise respond to the Complaint filed by the Plaintiff, Software Rights Archive, LLC ("SRA"), until and through January 22, 2008. IAC Search & Media, Inc.'s motion is **GRANTED**.

It is therefore **ORDERED** that IAC Search & Media, Inc. has until and through January 22, 2008, to answer, move, or otherwise respond to SRA's Complaint.