# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>GOOGLE INC., YAHOO! INC.,<br>IAC SEARCH & MEDIA, INC., AOL LLC,<br>and LYCOS, INC.,<br><br>      Defendants. | Civil Action No. 07-cv-00511 (TJW) |

## NOTICE OF APPEARANCE
## OF ELAINE HERRMANN BLAIS

Notice is hereby given that the undersigned attorney, Elaine Herrmann Blais, enters her appearance in this matter as counsel for Defendant, Lycos, Inc., for the purpose of receiving notices and orders from the Court.

Dated: December 18, 2007

Respectfully submitted,

LYCOS, INC.

By their attorney,

/s/ Elaine Herrmann Blais
Elaine Herrmann Blais
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617.570.1000 (Tel.)
617.523.1231 (Fax)
EBlais@goodwinprocter.com

LIBA/1759267.1

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of December, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated:  December 18, 2007                        /s/ Elaine Herrmann Blais