IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-00511-TJW |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, AND LYCOS, INC., | § § § § § | |
| Defendants. | § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant Lycos, Inc. ("Lycos") moves this Court for an extension of the time to answer, move, or otherwise respond to plaintiff Software Rights Archive, LLC's Complaint up to and including January 22, 2008. As reflected in the Certificate of Conference below, plaintiff Software Rights Archive, LLC does not oppose this Motion.

WHEREFORE, Lycos respectfully requests that the time set forth to respond to Plaintiff's Complaint be extended up to and including January 22, 2008.

Dated: December 18, 2007                       Respectfully submitted,

                                               By: /s/ Elaine Herrmann Blais
                                                   Elaine Herrmann Blais
                                                   EBlais@goodwinprocter.com
                                                   **GOODWIN PROCTER LLP**
                                                   Exchange Place
                                                   53 State Street
                                                   Boston, MA 02109
                                                   (617) 570-1000 Tel.
                                                   (617) 523-1231 Fax

                                               ATTORNEY FOR DEFENDANT
                                               LYCOS, INC.

LIBA/1853553.2

## CERTIFICATE OF CONFERENCE

I hereby certify that I communicated with opposing counsel concerning this Motion on December 13, 2007 and opposing counsel do not oppose the requested extension. This Motion is unopposed.

By: /s/ Elaine Herrmann Blais

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of December, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated:  December 18, 2007                    By: /s/ Elaine Herrmann Blais