IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-00511-TJW |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, AND LYCOS, INC., | § § § § § | |
| Defendants. | § | |

### ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Upon review of defendant Lycos Inc.'s Agreed Motion for Extension of Time to Respond to Complaint, this Court finds that said Motion should be, and is hereby, GRANTED.

Accordingly, it is ORDERED that Lycos's time to respond to Complaint be extended up to and including January 22, 2008.

IT IS SO ORDERED.

                                             _____
                                             Judge T. John Ward

LIBA/1853553.2