IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:07-cv-511-TJW |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. | § § § § | |
| Defendants. | § § § | JURY TRIAL DEMANDED |

**DEFENDANT GOOGLE INC.'S AGREED TO MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

TO THE HONORABLE T. JOHN WARD, UNITED STATES DISTRICT JUDGE:

Defendant, GOOGLE INC. ("Google"), through the undersigned counsel, respectfully moves this Honorable Court for an extension of time to answer, mover, or otherwise respond to the Complaint filed by the Plaintiff, Software Rights Archive, LLC ("SRA"). Google seeks this extension of time without waiving any defense, motion, or matter, which might be presented pursuant to FED. R. CIV. 12(b), or any other rule or law.

SRA has agreed to an extension of Google's time to respond in any manner whatsoever, including answer, motion, or other pleading of any type, to SRA's Complaint. Specifically, Google requests, and SRA does not oppose, an extension of time up to and including January 22, 2008.

DATED: December 18, 2007

Respectfully Submitted,

/s/ Lee L. Kaplan

Lee L. Kaplan
LEAD ATTORNEY
State Bar No. 11094400
**SMYSER KAPLAN & VESELKA, L.L.P.**
700 Louisiana, Suite 2300
Houston, TX 77002
(713) 221-2323
(713) 221-2320 (fax)
lkaplan@skv.com

Victor G. Hardy
State Bar No. 00790821
Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Jay D. Ellwanger
State Bar No. 24036522
**DINOVO PRICE ELLWANGER LLP**
P. O. Box 201690
Austin, Texas 78720-1690
(512) 681-4060
(512) 628-3410 (fax)
vhardy@dpelaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**BROWN MCCARROLL, LLP**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@mailbmc.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352

|  |  |
|---|---|
| | PARKER, BUNT & AINSWORTH, P.C.<br>100 East Ferguson, Suite 1114<br>Tyler, Texas 75702<br>(903) 531-3535<br>(903) 533-9687 (fax) |
| Dated: December 18, 2007 | */s/ Michael Kwun with permission by Lee L. Kaplan*<br>Michael Kwun<br>Managing Counsel, Litigation<br>Google Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>(650) 253-0000<br>(650) 618-1806 (fax)<br>MKwun@google.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 18, 2007.

Lee L. Kaplan