IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** § § | | |
| **Plaintiff,** § § | | |
| v. § § | Civil Action No. 2:07-cv-511-TJW | |
| **GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC.** § § § § | | |
| § | **JURY TRIAL DEMANDED** | |
| **Defendants.** § | | |

**ORDER GRANTING DEFENDANT GOOGLE INC.'S
AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR
OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, Google Inc., without waiving any defense, motion, or matter, which might be presented pursuant to FED. R. CIV. 12(b), or any other rule or law, filed its unopposed motion to extend the time to answer, move, or otherwise respond to the Complaint filed by the Plaintiff, Software Rights Archive, LLC ("SRA"), until and through January 22, 2008. Google, Inc.'s motion is **GRANTED**.

It is therefore **ORDERED** that Google Inc. has until and through January 22, 2008, to answer, move, or otherwise respond to SRA's Complaint.