IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 2:07-CV-00511-TJW |
| § | |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, AND LYCOS, INC., § § § § | |
| Defendants. § | |

# **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Lycos, Inc. ("Lycos") moves this Court for an extension of the time to answer, move, or otherwise respond to plaintiff Software Rights Archive, LLC's Complaint up to and including January 31, 2008. As reflected in the Certificate of Conference below, plaintiff Software Rights Archive, LLC does not oppose this Motion.

WHEREFORE, Lycos respectfully requests that the time set forth to respond to Plaintiff's Complaint be extended up to and including January 31, 2008.

Dated: January 18, 2007                Respectfully submitted,

                                       By: /s/ Elaine Herrmann Blais
                                           Elaine Herrmann Blais
                                           EBlais@goodwinprocter.com
                                           **GOODWIN PROCTER LLP**
                                           Exchange Place
                                           53 State Street
                                           Boston, MA 02109
                                           (617) 570-1000 Tel.
                                           (617) 523-1231 Fax

                                       ATTORNEY FOR DEFENDANT
                                       LYCOS, INC.

LIBA/1860446.1

**CERTIFICATE OF CONFERENCE**

  I hereby certify that I communicated with opposing counsel concerning this Motion on January 18, 2008 and opposing counsel do not oppose the requested extension.  This Motion is unopposed.

                By:  /s/ Elaine Herrmann Blais

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of January, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated:  January 18, 2008          By:  /s/ Elaine Herrmann Blais

2