**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 2-07-CV-00511 (TJW) |
| v. ) | |
| ) | |
| GOOGLE, INC., YAHOO! INC., ) | |
| IAC SEARCH & MEDIA, INC., ) | |
| AOL, LLC, & LYCOS, INC. ) | |
| AMERICA CORPORATION, ) | |
| ) | |
|     Defendants. ) | |

**UNOPPOSED MOTION TO EXTEND TIME FOR AOL, LLC
TO ANSWER COMPLAINT**

COMES NOW AOL, LLC ("AOL") and moves this Court for an extension of time to answer, move or otherwise respond to Plaintiff Software Rights Archive, LLC's Complaint up to and including January 31, 2008. As reflected in the Certificate of Conference below, Plaintiff does not oppose this Motion.

WHEREFORE, AOL respectfully requests that the time set forth to respond to Plaintiff's Complaint be extended up to and including January 31, 2008.

    Respectfully submitted,
    GILLAM & SMITH, L.L.P.

    /s/
    Harry L. Gillam, Jr.
    State Bar No. 07921800
    Melissa R. Smith
    State Bar No. 24001351
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    gil@gillamsmithlaw.com
    melissa@gillamsmithlaw.com

## CERTIFICATE OF CONFERENCE

On January 22, 2008, Counsel for Defendant AOL, LLC conferred with Counsel for Plaintiff and Plaintiff does not oppose this Motion.

/s/
Harry L. Gillam, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 22nd day of January, 2008.

/s/
Harry L. Gillam, Jr.