IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC )<br>)<br>    Plaintiff,                     )<br>)<br>v.                                      )<br>)<br>GOOGLE, INC., YAHOO! INC.,  )<br>IAC SEARCH & MEDIA, INC.,    )<br>AOL, LLC, & LYCOS, INC.       )<br>AMERICA CORPORATION,      )<br>)<br>    Defendants.            )  | Civil Action No. 2-07-CV-00511 (TJW) |

**ORDER GRANTING MOTION TO EXTEND TIME FOR AOL, LLC
TO ANSWER COMPLAINT**

On this day came for consideration AOL, LLC's Unopposed Motion for Extension of time to answer, move or otherwise respond to Plaintiff Software Rights Archive, LLC's Complaint. After considering the same, the Court is of the opinion that the same should be granted.

It is hereby ORDERED that AOL, LLC's Motion to Extend Time to Answer, more or otherwise respond to Plaintiff Software Rights Archive, LLC's Complaint is GRANTED. AOL, LLC's Answer is due up to and including January 31, 2008.