**Appendix K**

FILED CLERK
Revised: 1/24/07     U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

2008 JAN 30  PH 4: 29

TEXAS EASTERN

BY_____

1. This application is being made for the following: Case # __2:07-cv-511 TJW__

Style: __Software Rights Archive, LLC v. Google Inc., et al.__

2. Applicant is representing the following party/ies: __Yahoo! Inc.__

3. Applicant was admitted to practice in ___CA___ (state) on ___12-12-83___ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

                              __See attached__
_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Michael A. Jacobs__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __1-30-08__          Signature _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Michael A. Jacobs__

State Bar Number __CA 111664__

Firm Name: __Morrison & Foerster LLP__

Address/P.O. Box: __425 Market Steet__

City/State/Zip: __San Francisco CA 94105__

Telephone #: __(415) 268-7000__

Fax #: __(415) 268-7522__

E-mail Address: __mjacobs@mofo.com__

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: _____

_David J Maland_

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

| | |
|---|---|
| The State Bar of California (No. 111664) | December 12, 1983 |
| USDC, Northern District of California | December 12, 1983 |
| USDC, Southern District of California | October 9, 1991 |
| USDC, Central District of California | January 7, 1993 |
| USDC, District of Connecticut (No. CT18510) | January 21, 1998 |
| U.S. Court of Appeals, 2nd Circuit | May 17, 2001 |
| U.S. Court of Appeals, Fourth Circuit | December 5, 1988 |
| U.S. Court of Appeals, Ninth Circuit | March 11, 1991 |
| U.S. Supreme Court | September 10, 1993 |
| U.S. Court of Appeals for the Federal Circuit (No. 27833) | March 11, 1992 |

# Receipt for Payment

## United States District Court

for the

Eastern District of Texas at Tyler

Date: **Wednesday, January 30, 2008**

Received from:

**POTTER MINTON**

**P. O. BOX 359**

**TYLER, TX  75710**

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX | **$50.00** |
| | |
| | |
| **Total** | **$50.00** |

Payment method: **Check**

Case or other reference: **2:07CV11**

Comments: **PHV - CK 67286**

Received by: **KB**