IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>GOOGLE INC., YAHOO! INC.,<br>IAC SEARCH & MEDIA, INC., AOL LLC,<br>and LYCOS, INC.,<br><br>                Defendants. | Case No. 2:07-cv-511 (TJW)<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANT YAHOO! INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yahoo!, Inc. states that it has no parent corporation and that Capital Research and Management Corporation, an investment advisor registered under Section 203 of the Investment Advisors Act of 1940, is deemed to be the beneficial owner of 10% or more of the shares of Yahoo!'s common stock.

Dated: January 31, 2008          Respectfully submitted,

/s/ Michael E. Jones
Michael A. Jacobs (mjacobs@mofo.com)
Lead Attorney
Rachel Krevans (rkrevans@mofo.com)
Richard S.J. Hung (rhung@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Michael E. Jones (mikejones@potterminton.com)
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*For Defendant/Counterclaimant Yahoo! Inc.*

sf-2457052

**CERTIFICATE OF SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 31st day of January, 2008. Any other counsel of record will be served via electronic mail or facsimile transmission.

                                               /s/ Michael E. Jones
                                                Michael E. Jones