UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| (1) SOFTWARE RIGHTS ARCHIVE, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>(1) GOOGLE INC.,<br>(2) YAHOO! INC.,<br>(3) IAC SEARCH & MEDIA, INC.,<br>(4) AOL LLC, and<br>(5) LYCOS, INC.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§　CASE NO. 2:07-CV-511 (TJW)<br>§<br>§<br>§　JURY TRIAL DEMANDED<br>§<br>§<br>§ |

## **DEFENDANT AOL LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Locate Rule 7.1 of the Federal Rules of Civil Procedure, AOL LLC, Defendant in the above-captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or which own ten percent or more of the stock of said party:

　　　　　　　　　　Time Warner Incorporated
　　　　　　　　　　Google Incorporated

Dated: January 31, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　GILLAM & SMITH, L.L.P.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Harry L. Gillam, Jr.
　　　　　　　　　　　　　　　　　　State Bar No. 07921800
　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　State Bar No. 24001351
　　　　　　　　　　　　　　　　　　GILLAM & SMITH, L.L.P.
　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　Telephone: (903) 934-8450
　　　　　　　　　　　　　　　　　　Facsimile: (903) 934-9257
　　　　　　　　　　　　　　　　　　gil@gillamsmithlaw.com
　　　　　　　　　　　　　　　　　　melissa@gillamsmithlaw.com

OF COUNSEL:

Gerald Ivey
Finnegan Henderson Farabow Garrett & Dunner, LLP - Washington
901 New York Ave., NW
Washington, DC 20001

Robert L. Burns
Darren M. Jiron
James G. Bell
Finnegan Henderson Farabow Garrett & Dunner, LLP - Reston
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 31st day of January 2008.

                                    /s/
                                  Harry L. Gillam, Jr.