# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., YAHOO! INC.,<br>IAC SEARCH & MEDIA, INC., AOL LLC,<br>and LYCOS, INC.,<br><br>    Defendants. | Civil Action No. 2:07-cv-511-TJW<br>Hon. T. John Ward<br><br>**JURY TRIAL DEMANDED** |

### GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc. ("Google") hereby states:

    1.    Google has no parent company.

    2.    No publicly traded company owns more than 10% of Google's stock.

Dated: January 31, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Thomas B. Walsh, IV
    Thomas B. Walsh, IV - Lead Attorney
    Texas Bar No. 00785173
    Fish & Richardson P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091
    E-mail: walsh@fr.com

    Harry L. Gillam, Jr.
    State Bar No. 07921800
    Melissa R. Smith
    State Bar No. 24001351
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    E-mail: gil@gillamsmithlaw.com
    E-mail: melissa@gillamsmithlaw.com

Counsel for Defendant GOOGLE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 31, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

    /s/ Thomas B. Walsh, IV
    Thomas B. Walsh, IV