IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE, INC.; YAHOO! INC.; IAC SEARCH & MEDIA, INC.; AOL, LLC; and LYCOS, INC.,<br><br>  Defendants. | Civil Action No. 2:07-cv-511-TJW/CE<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT IAC SEARCH & MEDIA, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant IAC Search & Media, Inc. hereby states that it is a wholly owned subsidiary of IAC/InterActiveCorp, a publicly held corporation which itself has no parent corporation.

Dated: January 31, 2008            Respectfully submitted,

By: /s/ Claude M. Stern (by permission Otis Carroll)
CLAUDE M. STERN, LEAD COUNSEL
Cal. Bar No. 96737
claudestern@quinnemanuel.com
JENNIFER A. KASH
Cal. Bar No. 203679
jenniferkash@quinnemanuel.com
ANTONIO R. SISTOS
Cal. Bar No. 238847
antoniosistos@quinnemanuel.com
50 California St., 22nd Floor
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

>OTIS CARROLL
>State Bar No. 03895700
>COLLIN MALONEY
>State Bar No. 00794219
>IRELAND, CARROLL & KELLEY, P.C.
>6101 S. Broadway, Suite 500
>Tyler, Texas 75703
>Tel: (903) 561-1600
>Fax: (903) 581-1071
>Email: Fedserv@icklaw.com
>
>ATTORNEYS FOR DEFENDANT IAC SEARCH & MEDIA, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 31, 2008. Any other counsel of record will be served by facsimile transmission and first class mail.

>/s/ Otis Carroll
>Otis Carroll