IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>GOOGLE, INC.; YAHOO! INC.; IAC SEARCH & MEDIA, INC.; AOL, LLC; and LYCOS, INC.,<br><br>        Defendants. | Civil Action No. 2:07-cv-511-TJW/CE<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT LYCOS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lycos, Inc. hereby

states that it is a wholly owned subsidiary of Daum Communications Corporation, a publicly

held Korean corporation ("KOSDAQ") which itself has no parent corporation.

Dated:  January 31, 2008                    Respectfully submitted,


                                            By: /s/ Claude M. Stern  (by permission Otis Carroll)
                                            CLAUDE M. STERN, LEAD COUNSEL
                                            Cal. Bar No. 96737
                                            claudestern@quinnemanuel.com
                                            JENNIFER A. KASH
                                            Cal. Bar No. 203679
                                            jenniferkash@quinnemanuel.com
                                            ANTONIO R. SISTOS
                                            Cal. Bar No. 238847
                                            antoniosistos@quinnemanuel.com
                                            50 California St., 22nd Floor
                                            QUINN EMANUEL URQUHART OLIVER &
                                            HEDGES, LLP
                                            San Francisco, CA 94111
                                            Telephone: (415) 875-6600
                                            Facsimile: (415) 875-6700

OTIS CARROLL
State Bar No. 03895700
COLLIN MALONEY
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

ATTORNEYS FOR DEFENDANT LYCOS, INC.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on January 31, 2008.  Any other counsel of record

will be served by facsimile transmission and first class mail.


/s/ Otis Carroll
Otis Carroll