IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| VS. | § | Civil Action No. 2:07-CV-511 TJW |
| | § | |
| GOOGLE, INC.; YAHOO!, INC.; IAC | § | |
| SEARCH & MEDIA, INC.; AOL, LLC; | § | |
| and LYCOS, INC. | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Collin M. Maloney, enters his appearance in this matter for Defendants IAC Search & Media, Inc. and Lycos, Inc. for purposes of receiving notices and orders from the Court.

DATE: January 31, 2008                Respectfully submitted,

BY: /s/ Collin M. Maloney
Collin M. Maloney
State Bar No. 00794219
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

ATTORNEYS FOR DEFENDANTS IAC
SEARCH & MEDIA, INC. AND LYCOS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 31st day of January, 2008.

/s/ Collin M. Maloney