**Appendix K**

Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2008 MAR 12 PM 2: 53
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # 07-cv-511-TJW/CE_____

Style: Software Rights Archive, LLC v. Google Inc. et al _____

2. Applicant is representing the following party/ies: IAC Search & Media, Inc. and Lycos, Inc.

3. Applicant was admitted to practice in California (state) on December 6, 1999 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: Court of Appeals for the Federal Circuit, Court of Appeals for the Ninth Circuit, Northern District of California, Supreme Court of California

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _____ Jennifer A. Kash _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 3-4-08     Signature _____

51330/2375905.1

Name (please print): Jennifer A. Kash
State Bar Number: 203679
Firm Name: Quinn Emanuel Urquhart Oliver & Hedges, LLP
Address/P.O. Box: 50 California Street, 22nd Floor
City/State/Zip: San Francisco, California 94111
Telephone #: 415-875-6600
Fax #: 415-875-6700
E-mail Address: jenniferkash@quinnemanuel.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of __3/12/08_____, 20___.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By      _David Malone_
        Deputy Clerk

# United States District Court
for the
Eastern District of Texas at Tyler

Date: Wednesday, March 12, 2008

Received from:

IRELAND, CARROLL & KELLEY

6101 S. BROADWAY, STE. 500

TYLER, TX 75703

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method: Check

Case or other reference: 2:07CV511

Comments: PHV APPS FOR CLAUDE M. STERN, JENNIFER A. KASH AND ANTONIO R. SISTOS - FIRM CK 26235

Received by: MC