# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 2:07cv511-TJW |
| | § | |
| **GOOGLE, INC., ET AL** | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR DEFENDANT GOOGLE, INC.

Notice is hereby given that Harry L. Gillam, Jr. of Gillam & Smith, LLP enters his appearance on behalf of Defendant Google, Inc., in this matter as additional counsel.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257.

Respectfully submitted,

GILLAM & SMITH, LLP

/s/
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: gil@gillamsmithlaw.com

**ATTORNEY FOR DEFENDANT,**
**Google, Inc.**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 14th day of April, 2008.

       /s/
Harry L. Gillam, Jr.