# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | **Civil Case No. 2:07-cv-511 (TJW)**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as counsel of record for Defendant and Counter-Claimant GOOGLE INC. ("Google"), and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Google:

> Juanita R. Brooks – Lead Attorney
> Fish & Richardson P.C.
> 12390 El Camino Real
> San Diego, California 92130
> (858) 678-5070 Telephone
> (858) 678-5099 Facsimile
> E-mail: brooks@fr.com

Please note that Juanita R. Brooks is the new Lead Attorney for Google.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 15, 2008 | FISH & RICHARDSON P.C. |

By: /s/ Juanita R. Brooks
    Juanita R. Brooks – Lead Attorney
    (CA SBN 75934)
    E-mail: brooks@fr.com
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Thomas B. Walsh, IV
    Texas Bar No. 00785173
    Fish & Richardson P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091
    E-mail: walsh@fr.com

    Harry L. Gillam, Jr.
    Texas Bar No. 07921800
    E-mail: gil@gillamsmithlaw.com
    Melissa R. Smith
    Texas Bar No. 24001351
    E-mail: melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

10833954

3

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 15, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                      /s/Juanita R. Brooks
                                                      Juanita R. Brooks, Esq.

10833954