# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC,** *Plaintiff,* v. **GOOGLE, INC.,** *et al.* *Defendants.* | **CIVIL ACTION NO. 2:07-cv-511[TJW]** **JURY TRIAL DEMAND** |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
## FOR DEFENDANT YAHOO! INC.

Defendant YAHOO! INC. ("Defendant"), files this its Notice of Appearance of Additional Counsel, and hereby notifies the Court that John F. Bufe of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: June 5, 2008

Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**

By:   */s/ John F. Bufe*
      John F. Bufe
      State Bar No. 03316930
      Email: johnbufe@potterminton.com
      110 N. College, Suite 500 (75702)
      P. O. Box 359
      Tyler, Texas 75710
      Telephone: (903) 597 8311
      Facsimile: (903) 593 0846

*Attorneys for Defendant*
**YAHOO! INC.**

{VRT\7854\0006\W0367276.1 }

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 5, 2008. Any other counsel of record will be served by first class mail on this same date.

*/s/ John F. Bufe*
John F. Bufe