Software Rights Archive, LLC v. Google Inc. et al     Doc. 64

**Appendix K**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____Marshall_____ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

Revised: 1/24/07

FILED-CLERK
U.S. DISTRICT COURT
2008 JUN 16 PM 2: 33
TX EASTERN-MARSHALL

2-1-3871
BY

1. This application is being made for the following: Case # __2:07-cv-00511-TJW-CE__
Style: __Software Rights Archive, LLC v. Google, Inc., et al.__
2. Applicant is representing the following party/ies: __AOL, LLC__
3. Applicant was admitted to practice in __VA__ (state) on __September 12, 2003__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Fourth Circuit__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Robert L. Burns__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __6/10/08__     Signature _____

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Robert L. Burns
State Bar Number 65159
Firm Name: Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
Address/P.O. Box: Two Freedom Square, 11955 Freedom Drive
City/State/Zip: Reston, VA 20190-5675
Telephone #: 571-203-2736
Fax #: 202-408-4400
E-mail Address: robert.burns@finnegan.com
Secondary E-Mail Address: william.esper@finnegan.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 6-16-08

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0003871

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Tuesday, June 17, 2008**

Received from:

**GILLAM SMITH**

**MARSHALL, TX**

| Account | Description |
|---------|-------------|
| 085000  | Attorney Admission Fees |
| 086400  | New Case Fee |
| 086900  | Filing Fees |
| 121000  | Conscience Fund |
| 129900  | Gifts |
| 143500  | Interest |
| 322340  | Sale of Publications |
| 322350  | Copy Fees |
| 322360  | Miscellaneous Fees |
| 322380  | Recoveries of Court Costs |
| 322386  | Cost of Prosecution |
| 504100  | Crime Victims Fund |
| 508800  | Immigration Fees |
| 510000  | Civil Filing Fee (1/2) |
| 5100PL  | Partial Filing Fee (PLRA) |
| 510100  | Registry Fee |
| 604700  | Registry Funds/General and Special Funds |
| 613300  | Unclaimed Monies |
| 6855XX  | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX  | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:07CV511 phv Burns**

Comments: **CK 3379**

Received by: **pa**