IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC § § Plaintiff, § § v. § § GOOGLE INC., YAHOO! INC., § IAC SEARCH & MEDIA, INC., AOL LLC, § and LYCOS, INC. § § Defendants. § § | Civil Action No. 2:07-cv-511-TJW JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF SOFTWARE RIGHTS ARCHIVE, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING

Plaintiff, Software Rights Archive, LLC ("SRA"), filed its unopposed motion to extend the time to respond to Defendants Motion to Dismiss for Lack of Standing filed by the Defendants, Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL LLC, and Lycos, Inc., until and through August 25, 2008. SRA's motion is **GRANTED**.

It is therefore **ORDERED** that SRA has until and through August 25, 2008, to respond to Defendants' Motion to Dismiss for Lack of Standing.

SIGNED this 21st day of July, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE