# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** | Civil Case No. 2:07-cv-511 (TJW) |
| v. | |
| **GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

The attorney identified below enters his appearance in this matter as counsel of record for Defendant and Counter-Claimant GOOGLE INC. and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Google:

Jason W. Wolff
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
(858) 678-5070 Telephone
(858) 678-5099 Facsimile
E-mail:  wolff@fr.com

Dated: July 22, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Jason W. Wolff
    Juanita R. Brooks – Lead Attorney
    (CA SBN 75934)
    Jason W. Wolff (CA SBN 215819)
    E-mail: brooks@fr.com
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Thomas B. Walsh, IV
    Texas Bar No. 00785173
    E-mail: walsh@fr.com
    Fish & Richardson P.C.
    1717 Main Street
    Suite 5000
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091

    Harry L. Gillam, Jr.
    Texas Bar No. 07921800
    E-mail: gil@gillamsmithlaw.com
    Melissa R. Smith
    Texas Bar No. 24001351
    E-mail: melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

# **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 21, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by

                                        /s/ Jason W. Wolff
                                        Jason W. Wolff

Notice of Appearance JYW.doc