Appendix K                                                         Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case No. 2:07-cv-511 (TJW) _Software Rights Archive, LLC v. Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc._

2. Applicant is representing the following party/ies: IAC Search & Media, Inc. and Lycos, Inc.

3. Applicant was admitted to practice in New York (state) on July 18, 2008.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: New York State, U.S. District Courts for the Southern and Eastern Districts of New York.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, Mark D. Baker do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date July 17, 2008                        Signature  Mark Baker

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) ___Mark D. Baker___
State Bar Number ___4158747___
Firm Name: ___Quinn Emanuel Urquhart Oliver & Hedges, LLP___
Address/P.O. Box: ___51 Madison Avenue, 22nd Floor___
City/State/Zip: ___New York, NY 10010___
Telephone #: ___(212) 849-7000___
Fax #: ___(212) 849-7100___
E-mail Address: ___markbaker@quinnemanuel.com___
Secondary E-Mail Address: ___

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: ___1/31/08___

**DAVID J. MALAND, CLERK**

David J. Maland, Clerk
U.S. District Court, Eastern District of
Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0014524

## United States District Court

for the
Eastern District of Texas at Tyler

Date: Monday, July 21, 2008

Received from:

**IRELAND, CARROLL & KELLEY PC**
6101 South Broadway
Suite 500
Tyler, TX 75703

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check
Case or other reference: 2:07-cv-511
Comments: PHV for Mark D Baker
Check #26666

Received by: gg