UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Software Rights Archive LLC § | |
| vs. § | CASE NO. 2:07cv511 |
| Google Inc et al § | |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to ___The Honorable___ __Charles Everingham, IV__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. Section 636(c), and the foregoing consent of the parties.

_7/30/08_
Date

_____
UNITED STATES DISTRICT JUDGE