# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME FOR SUBMITTING PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER

Defendants Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL LLC, and Lycos, Inc. (collectively, "Defendants") move the Court for an unopposed extension of time to submit a proposed Docket Control Order and proposed Discovery Order to the Court.

### I.     BRIEF BACKGROUND

1.      On July 29, 2008, the Court held a Status Conference. The parties appeared and all consented to trial before United States Magistrate Everingham.

2.      Jury selection for this matter is currently scheduled for May 2, 2011. The claim construction hearing is currently scheduled for November 10, 2010.

3.      By Order signed June 26, 2008 (Dkt. No. 65), the Court ordered the parties to submit their proposed docket control order and discovery order to the Court on August 12, 2008. If the parties were unable to resolve their disagreements concerning these orders, the Court further ordered the parties to submit their competing proposals to the Court along with a summary of their disagreements by this same date.

## II. RELIEF REQUESTED

Defendants request a 30 day extension of time, until and including September 11, 2008, for the parties to confer and (1) submit a proposed joint docket control order and discovery order to the Court or (2) submit competing versions of same if agreement cannot be reached. Jury selection is not scheduled until May 2, 2011, so there will be no adverse consequences to the Court's schedule by granting this brief extension. In addition, this motion is not opposed by Plaintiff.

WHEREFORE, Defendants respectfully request a 30 day extension of time, until and including September 11, 2008, for the parties to confer and (1) submit a proposed joint docket control order and discovery order to the Court or (2) submit competing versions of same if agreement cannot be reached.

Dated: August 11, 2008                    Respectfully submitted,

By: /s/ Jason W. Wolff
    Juanita R. Brooks – Lead Attorney
    (CA Bar No. 75934)
    E-mail: brooks@fr.com
    Jason W. Wolff
    (CA Bar No. 215819)
    E-mail: wolff@fr.com
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Thomas B. Walsh, IV
    Texas Bar No. 00785173
    Fish & Richardson P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091
    E-mail: walsh@fr.com

    Harry L. Gillam, Jr.
    Texas Bar No. 07921800
    E-mail: gil@gillamsmithlaw.com
    Melissa R. Smith
    Texas Bar No. 24001351
    E-mail: melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

    Attorneys for Defendants GOOGLE INC. and AOL LLC

By: /s/Richard S. J. Hung
Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

Attorneys for Defendant YAHOO! INC.

By: /s/Jennifer A. Kash
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Plaintiff has been contacted regarding the relief requested in this motion and that Plaintiff has indicated that Plaintiff does not oppose the relief requested.

/s/ Jason W. Wolff
Jason W. Wolff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 11, 2008 on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jason W. Wolff
Jason W. Wolff
