# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME FOR SUBMITTING PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER

Before the Court is Defendants Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL LLC, and Lycos, Inc. (collectively, "Defendants") Unopposed Motion to Extend Time for Submitting Proposed Docket Control Order and Discovery Order, filed on August 11, 2008. After considering the Motion, the fact that it is unopposed, and the fact that there will be no adverse consequences to the Court's schedule by granting this brief extension requested, the Court finds that the Motion should be GRANTED. Accordingly, it is

ORDERED that Defendants' Unopposed Motion to Extend Time for Submitting Proposed Docket Control Order and Discovery Order, filed on August 11, 2008, is GRANTED. It is further

ORDERED that a 30 day extension of time, until and including September 11, 2008, is granted for the parties to confer and (1) submit a proposed joint docket control order and discovery order to the Court or (2) submit competing versions of same if agreement cannot be reached.

SIGNED this 12th day of August, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE