IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:07-cv-511-TJW |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. | § § § § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## PLAINTIFF SOFTWARE RIGHTS ARCHIVE, LLC'S RESPONSE TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Plaintiff, SOFTWARE RIGHTS ARCHIVE, LLC ("SRA"), does not oppose Defendants' request for an extension of time until October 20, 2008 to file a reply brief in support of their motion to dismiss; however, Plaintiff does not agree that Defendants need, or are entitled to, all the requested discovery listed in their Motion for Extension.

DATED: September 2, 2008                    Respectfully Submitted,

                                            /s/ Lee L. Kaplan
                                            _____
                                            Lee L. Kaplan
                                            LEAD ATTORNEY
                                            State Bar No. 11094400
                                            **SMYSER KAPLAN & VESELKA, L.L.P.**
                                            700 Louisiana, Suite 2300
                                            Houston, Texas 77002
                                            (713) 221-2323
                                            (713) 221-2320 (fax)
                                            lkaplan@skv.com

                                            Victor G. Hardy
                                            State Bar No. 00790821
                                            (Requesting Admission *Pro Hac Vice*)
                                            Andrew G. DiNovo
                                            State Bar No. 00790594
                                            Adam G. Price
                                            State Bar No. 24027750
                                            Jay D. Ellwanger
                                            State Bar No. 24036522
                                            **DINOVO PRICE ELLWANGER LLP**
                                            P.O. Box 201690
                                            Austin, Texas 78720
                                            (512) 681-4060
                                            (512) 628-3410 (fax)
                                            vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 2, 2008.

_____
Lee L. Kaplan