# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>         v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Before the Court is Defendants' Unopposed Motion for an Extension of Time to File Reply Brief In Support of Defendants' Motion to Dismiss, filed on September 2, 2008. After consider the motion and the fact that the motion is unopposed, the Court finds that the motion should be GRANTED. Accordingly, it is

**ORDERED** that Defendants' Unopposed Motion for an Extension of Time to File Reply Brief In Support of Defendants' Motion to Dismiss is **GRANTED.**

It is further

**ORDERED** that Defendants shall have until and including October 20, 2008, to file their Reply Brief in support of their motion to dismiss.

SIGNED this 3rd day of September, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE