IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 2:07-cv-511-TJW |
| GOOGLE INC., YAHOO! INC., | § | |
| IAC SEARCH & MEDIA, INC., AOL LLC, | § | |
| and LYCOS, INC. | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME
TO SERVE P.R. 3-1 ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT
CONTENTIONS AND RELATED P.R. 3-2 PRODUCTION**

Plaintiff, Software Rights Archive, LLC, has filed its agreed motion to extend the time to serve P.R. 3-1 asserted claims and preliminary infringement contentions and related P.R. 3-2 production, until and through October 31, 2008. Plaintiff's motion is **GRANTED**.

It is therefore **ORDERED** that Software Rights Archive LLC has until and through October 31, 2008, to serve its P.R. 3-1 asserted claims and preliminary infringement contentions and P.R. 3-2 production.

SIGNED this 12th day of September, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE