IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | § § § § |
| Plaintiff, | § § |
| v. | § CIVIL ACTION NO. 2:07-CV-00511-TJW |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, AND LYCOS, INC., | § § § § § |
| Defendants. | § § |

## UNOPPOSED MOTION FOR LEAVE OF COURT TO

## WITHDRAW APPEARANCE OF COUNSEL

Goodwin Procter LLP ("Goodwin") requests leave of Court to withdraw its appearance as counsel for Defendant Lycos, Inc. ("Lycos") in this action, and states:

1. Elaine Herrmann Blais and Goodwin Procter LLP hereby move the Court to withdraw as counsel of record in the above-captioned matter. No other changes to defendant Lycos, Inc.'s counsel are requested.

2. Goodwin has consulted with Plaintiff Software Rights Archive LLC and Software Rights Archive, LLC does not oppose this Motion.

LIBA/1919039.1

Dated: September 15, 2008  Respectfully submitted,

>By: /s/ Elaine Herrmann Blais
>Elaine Herrmann Blais
>EBlais@goodwinprocter.com
>**GOODWIN PROCTER LLP**
>Exchange Place
>53 State Street
>Boston, MA 02109
>(617) 570-1000 Tel.
>(617) 523-1231 Fax
>
>ATTORNEY FOR DEFENDANT
>LYCOS, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that I communicated with opposing counsel concerning this Motion on July 30, 2008 and opposing counsel do not oppose the requested extension. This Motion is unopposed.

>By: /s/ Elaine Herrmann Blais

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of September, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: September 15, 2008  By: /s/ Elaine Herrmann Blais