IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-00511-TJW |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, AND LYCOS, INC., | § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF

## COURT TO WITHDRAW APPEARANCE OF COUNSEL

Upon consideration of Goodwin Procter LLP's Unopposed Motion for Leave of Court to Withdraw Appearance As Counsel for Lycos, Inc. in the above matter, it is hereby:

**ORDERED** that said Motion be, and hereby is **GRANTED.**

SIGNED this 17th day of September, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE