**Appendix K**                                                         Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following Case #2:07-cv-511 (CE) Styled: Software Rights Archive, LLC v. Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc.

2. Applicant is representing the following parties:   Google Inc. and AOL, LLC.

3. Applicant was admitted to practice in Massachusetts (state) on November 30, 2006 (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language)   If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle)  If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions from criminal offense(s) filed against you. Omit minor traffic offenses. None.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States District Court for the Eastern District of Wisconsin.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

**Application Oath:**

I, Stephen A. Marshall do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

9/8/2008
Date

Signature
Name (please print)     Stephen A. Marshall
State Bar Number        Massachusetts BBO #666200
Firm Name:              Fish & Richardson P.C.
Address:                225 Franklin Street
City/State/Zip:         Boston, MA 02110-2804
Telephone #:            (617) 542-5070
Fax #:                  (617) 542-8906
E-mail Address:         smarshall@fr.com
Secondary E-mail Address: longval@fr.com

Applicant is authorized to enter an appearance as counsel for the parties listed above. This application has been approved for the court on this 11 day of Sept, 2008.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: _____
                                Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004072

## United States District Court

for the
Eastern District of Texas at Marshall

Date: **Friday, September 12, 2008**

Received from:

**FISH RICHARDSON**

**DALLAS, TX**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **2:07CV511**
Comments: **CK 2640**

Received by: **pa**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |