Software Rights Archive, LLC v. Google Inc. et al                    Doc. 88

**Appendix K**

2-1-4073

**Revised: 1/24/07**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT

2008 SEP 11 AM 9:53

TX EASTERN-MARSHALL

1. This application is being made for the following Case #2:07-cv-511 (CE)
Styled: Software Rights Archive, LLC v. Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL,
LLC, and Lycos, Inc.

2. Applicant is representing the following parties:    Google Inc. and AOL, LLC

3. Applicant was admitted to practice in Massachusetts (state) on December 2, 2005 (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has/has not had an application for admission to practice before another court denied (please
circle appropriate language). If so, give complete information on a separate page

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle).
If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would
reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please
circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions from criminal offense(s) filed
against you. Omit minor traffic offenses. None.

10. There are no pending grievances or criminal matters pending against the applicant

11. Applicant has been admitted to practice in the following courts: Commonwealth of Massachusetts,
the United States District Court for the District of Massachusetts, the Court of Appeals of the Federal
Circuit, and the District of Columbia Court of Appeals.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas,
including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case
specified above only.

**Application Oath:**

I, **Ramon K. Tabtiang**, do solemnly swear (or affirm) that the above information is true; that I
will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself
uprightly under the law and the highest ethics of our profession; and that I will support and defend the
Constitution of the United States.

_8 Sept. 2008_
Date

Signature

Dockets.Justia.com

|  |  |
|---|---|
| Name (please print) | **Ramon K. Tabtiang** |
| State Bar Number | Massachusetts BBO #663943 |
| Firm Name: | Fish & Richardson P C |
| Address: | 225 Franklin Street |
| City/State/Zip: | Boston, MA 02110-2804 |
| Telephone #: | (617) 542-5070 |
| Fax #: | (617) 542-8906 |
| E-mail Address: | **RKT@fr.com** |

Secondary E-mail Address:  **MAG@fr.com**

Applicant is authorized to enter an appearance as counsel for the parties listed above. This application has been approved for the court on this _11_ day of _Sept_, 2008.

David J. Maland, Clerk
U S. District Court, Eastern District of Texas

By: _____

                                           Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004073

# United States District Court

for the

Eastern District of Texas at Marshall

Date: **Friday, September 12, 2008**

Received from:

**FISH & RICHARDSON**

**DALLAS, TX**

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:07cv511 PHV TABTIANG**

Comments: **CK 2639**

Received by: **pa**