## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** | |
| v. | Civil Case No. 2:07-cv-511 (CE) |
| **GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | |

### JOINT MOTION TO FURTHER EXTEND DEADLINE TO SUBMIT PROTECTIVE ORDER

Come now Plaintiff Software Rights Archive, LLC and Defendants Google, Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc. and file this Joint Motion to Further Extend Deadline to Submit Protective Order, and in support of same would show the Court as follows:

The current deadline to submit an agreed protective order in this case (or competing versions of same if agreement cannot be reached) is October 10, 2008. The parties respectfully request an extension of this deadline until and including October 24, 2008. Although the parties have been attempting to reach agreement on a protective order for this case, no agreement has yet been reached, and the parties would like more time to attempt to reach an agreement.

This Motion is not sought for delay, but that justice might be done.

WHEREFORE, the parties jointly and respectfully request that they be granted an extension of time until and including October 24, 2008 to submit an agreed protective order in this case or to submit their competing versions of same if agreement cannot be reached.

1

Dated: October 8, 2008                    Respectfully submitted,


                                          By: /s/ Lee L. Kaplan (by permission)
                                              Lee L. Kaplan
                                              LEAD ATTORNEY
                                              State Bar No. 11094400
                                              **SMYSER KAPLAN & VESELKA, L.L.P.**
                                              700 Louisiana, Suite 2300
                                              Houston, Texas 77002
                                              (713) 221-2323
                                              (713) 221-2320 (fax)
                                              lkaplan@skv.com

                                              Victor G. Hardy
                                              State Bar No. 00790821
                                              (Requesting Admission *Pro Hac Vice*)
                                              Andrew G. DiNovo
                                              State Bar No. 00790594
                                              Adam G. Price
                                              State Bar No. 24027750
                                              Jay D. Ellwanger
                                              State Bar No. 24036522
                                              **DINOVO PRICE ELLWANGER LLP**
                                              P.O. Box 201690
                                              Austin, Texas 78720
                                              (512) 681-4060
                                              (512) 628-3410 (fax)
                                              vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

                                                            ATTORNEYS FOR PLAINTIFF
                                                             SOFTWARE RIGHTS ARCHIVE,
                                                             L.L.C.

By: /s/ Thomas B. Walsh, IV
Juanita R. Brooks – Lead Attorney
(CA Bar No. 75934)
E-mail: brooks@fr.com
Jason W. Wolff
(CA Bar No. 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas B. Walsh, IV
Texas Bar No. 00785173
Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
E-mail: walsh@fr.com

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Attorneys for Defendants GOOGLE INC. and AOL LLC

By: /s/ Richard S.J. Hung (by permission)

Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

Attorneys for Defendant YAHOO! INC.

By: /s/ Jennifer A. Kash (by permission)
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of October, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV