# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** <br><br>　　　　v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

## DEFENDANTS' UNOPPOSED MOTION FOR A FURTHER EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc. (collectively, "Defendants"), through their undersigned counsel, respectfully move this Honorable Court for an unopposed further extension of time to file a reply brief in support of Defendants' Motion to Dismiss for Lack of Standing. In support of their request for an extension, Defendants state as follows:

1.　　This patent infringement action was commenced on November 21, 2007. The deadlines for the *Markman* hearing and trial are November 10, 2010 and May 2, 2011, respectively.

2.　　Defendants filed a Motion to Dismiss for Lack of Standing on July 16, 2008 (Docket No. 66).

3.　　On July 17, 2008, Defendants consented to a request by the Plaintiff, Software Rights Archive, LLC ("SRA"), for an extension for SRA to file its opposition brief. *See* Docket No. 67.

4.　　SRA filed its opposition brief on August 25, 2008 (Docket No. 76). Under the Local Rules of this Court, Defendants' Reply Brief would have been due on September 5, 2008.

1

sf-2589901

5. On September 3, 2008, the Court granted Defendants' Unopposed Motion for an Extension of Time which granted Defendants an extension until and including October 20, 2008 to file their Reply Brief so that Defendants' could conduct jurisdictional discovery on standing issues. (Docket No. 79).

6. Defendants have been conducting jurisdictional discovery on standing issues and in that regard have thus far taken 3 oral depositions and have reviewed and/or obtained voluminous documents by way of subpoena on issues related to standing. As a result, Defendants believe that they need additional time to properly respond to the evidence and arguments raised by SRA in its Opposition and therefore request a further extension from October 20, 2008 until and including November 10, 2008 to file their Reply Brief.

7. This brief additional time requested from October 20, 2008 to November 10, 2008 serves the interests of justice and judicial efficiency since the court's jurisdiction is a threshold matter. Accordingly, this motion is not for purposes of delay but rather so that justice may be done.

8. The relief requested of a further extension from October 20, 2008 to November 10, 2008 for the filing of Defendants' Reply Brief is not opposed by Plaintiff SRA.

WHEREFORE, Defendants respectfully request that they be granted a further extension of time – until and including November 10, 2008 – to allow sufficient time to conduct jurisdictional discovery on the issues related to SRA's alleged standing and to file their reply brief to SRA's opposition.

Dated: October 14, 2008               Respectfully submitted,

By: /s/ Thomas B. Walsh, IV
    Juanita R. Brooks – Lead Attorney
    (CA Bar No. 75934)
    E-mail: brooks@fr.com
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Thomas B. Walsh, IV
    Texas Bar No. 00785173
    Fish & Richardson P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091
    E-mail: walsh@fr.com

    Harry L. Gillam, Jr.
    Texas Bar No. 07921800
    E-mail: gil@gillamsmithlaw.com
    Melissa R. Smith
    Texas Bar No. 24001351
    E-mail: melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

Attorneys for Defendants GOOGLE INC. and
AOL LLC

By: /s/ Richard S. J. Hung (by permission)
Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Otis Carroll
Tex. Bar No. 03895700
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendant YAHOO! INC.

<pre>
                    By:  /s/ Jennifer A. Kash (by permission)
                         Claude M. Stern (CA Bar No. 96737)
                         Jennifer A. Kash (CA Bar No. 203679)
                         QUINN EMANUEL URQUHART
                         OLIVER & HEDGES, LLP
                         555 Twin Dolphin Drive, Suite 560
                         Redwood Shores, CA 94065
                         Telephone: (650) 801-5000
                         Facsimile: (650) 801-5100
                         Email: claudestern@quinnemanuel.com
                         Email:jenniferkash@quinnemanuel.com

                         Otis Carroll
                         Tex. Bar No. 03895700
                         Collin Maloney
                         Tex. Bar No. 00794219
                         IRELAND, CARROLL & KELLEY, P.C.
                         6101 S. Broadway, Suite 500
                         Tyler, Texas 75703
                         Tel: (903) 561-1600
                         Fax: (903) 581-1071
                         Email: Fedserv@icklaw.com


                         Attorneys for Defendants IAC SEARCH &
                         MEDIA, INC. and LYCOS, INC.
</pre>

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that a conference was previously held with Lee Kaplan, counsel for SRA, regarding the relief requested herein by Defendants – that Defendants be allowed until and including November 10, 2008 to file their reply brief related to the motion to dismiss previously filed by Defendants. Counsel for SRA stated that SRA does not oppose this request.

<pre>
                              /s/ Richard S.J. Hung (by permission)
                                      Richard S.J. Hung
</pre>

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 14, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                /s/ Thomas B. Walsh, IV
                                                   Thomas B. Walsh, IV