# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>　　　v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | **Civil Case No. 2:07-cv-511 (CE)** |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR A FURTHER EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Before the Court is Defendants' Unopposed Motion for a Further Extension of Time to File Reply Brief In Support of Defendants' Motion to Dismiss, filed on October 14, 2008. After considering the motion and the fact that the motion is unopposed, the Court finds that the motion should be GRANTED. Accordingly, it is

**ORDERED** that Defendants' Unopposed Motion for a Further Extension of Time to File Reply Brief In Support of Defendants' Motion to Dismiss is **GRANTED.**

It is further

**ORDERED** that Defendants shall have until and including November 10, 2008, to file their Reply Brief in support of their motion to dismiss.

　SIGNED this 15th day of October, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

sf-2589902