IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC. | Civil Case No. 2:07-cv-511 (CE) |

### ORDER GRANTING JOINT MOTION TO FURTHER EXTEND DEADLINE TO SUBMIT PROTECTIVE ORDER UNTIL AND INCLUDING NOVEMBER 4, 2008

Before the Court is the parties' Joint Motion to Further Extend Deadline to Submit Protective Order Until and Including November 4, 2008. Having considered the matter, and the fact that it is a joint motion, the Court GRANTS the Motion and further extends the deadline until and including November 4, 2008 for the parties to submit an agreed protective order in this case or to submit their competing versions of same if agreement cannot be reached.

SIGNED this 24th day of October, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE