## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SOFTWARE RIGHTS ARCHIVE, LLC,

     Plaintiff,

     v.

GOOGLE INC., YAHOO! INC., IAC
SEARCH & MEDIA, INC., AOL LLC, AND
LYCOS, INC.,

     Defendants.

§
§
§
§
§
§
§
§
§
§

Case No. 2:07-CV-511 (CE)

Pending in:

United States District Court, Eastern District
of Texas, Marshall Division

Dockets.Justia.com

### ALDO NOTO'S OBJECTIONS TO DEFENDANT'S
### SUBPOENA TO PRODUCE DOCUMENTS

To:    Google Inc. and AOL LLC, by and through their attorneys of record Juanita R. Brooks,
Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130; Thomas
B. Walsh, IV, Fish & Richardson P.C., 1717 Main Street, Suite 5000, Dallas, Texas
75201; Ramon K. Tabtiang, Stephen A. Marshall, Fish & Richardson P.C. 225 Franklin
Street, Boston, Massachusetts 02110-2804; Harry L. Gillam, Jr., Melissa R. Smith,
Gillam & Smith, L.L.P., 303 South Washington Ave., Marshall, Texas 75670.

Pursuant to Fed. R. Civ. P. 45, non-party Aldo Noto submits the following objections to

Defendant's Subpoena to Produce Documents Parts I and II (the "Subpoena").

Dated: November 3, 2008

Respectfully submitted,

**ANDREWS KURTH LLP**

By:

A. Ross Rommel, Jr.
Texas Bar No. 17225500
111 Congress Avenue, Suite 1700
Austin, TX 78701
Telephone: (512) 320-9200
Facsimile: (512) 320-9292
rrommel@andrewskurth.com

**ATTORNEYS FOR ALDO NOTO**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record pursuant to Federal Rules of Civil Procedure on this the 3rd day of November, 2008.

By: _____

A. Ross Rommel, Jr.

Juanita R. Brooks
Jason W. Wolff
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130

Thomas B. Walsh, IV
Fisher & Richardson P.C.
5000 Bank One Center
1717 Main St.
Dallas, Texas 75201

Ramon K. Tabtiang
Stephen A. Marshall
Fish & Richardson P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804

Harry L. Gillam, Jr.
Mellisa R. Smith
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670

Lee L. Kaplan
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2323
(713) 221-2320 (fax)
lkaplan@skv.com

## OBJECTIONS TO REQUESTS FOR PRODUCTION
## OF DOCUMENTS

1.      Aldo Noto objects to the Subpoena to the extent that it calls for the production of documents and/or information that is protected by the attorney-client privilege, the attorney work-product doctrine, other applicable privileges or immunities.

2.      Aldo Noto objects to the Subpoena to the extent that it is overbroad, burdensome, and oppressive because it seeks documents not reasonably calculated to lead to the discovery of admissible evidence, because the burden of producing the requested documents far outweighs the benefit of its production, and because it imposes an unreasonable expenditure of time, effort, and money on a non-party.

3.      Aldo Noto objects to the Subpoena to the extent that it calls for the production of confidential documents and/or information. Aldo Noto will produce such documents and/or information, if at all, subject to appropriate designation under any applicable protective orders.

4.      Aldo Noto objects to the Subpoena to the extent that it contains requests that are vague and ambiguous. Aldo Noto will respond to such requests based on what he considers to be a reasonable interpretation of the meaning of each request.

Subject to, and without waiving, these objections, Aldo Noto will produce non-privileged, non-objectionable responsive documents at a mutually agreed-upon date and location.