# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTRA PAGES FOR REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc. (collectively, "Defendants"), through their undersigned counsel, respectfully move this Honorable Court for an unopposed request for extra pages for the Reply Brief which Defendants plan to file on November 10, 2008 in support of Defendants' Motion to Dismiss for Lack of Standing. In support of their request for an extension, Defendants state as follows:

1. Defendants filed a Motion to Dismiss for Lack of Standing on July 16, 2008 (Docket No. 66).

2. On July 17, 2008, Defendants consented to a request by the Plaintiff, Software Rights Archive, LLC ("SRA"), for an extension for SRA to file its opposition brief. *See* Docket No. 67.

3. SRA filed its opposition brief on August 25, 2008 (Docket No. 76).

4. By Order dated October 15, 2008 (Docket No. 94), this Court granted Defendants a further extension of time until and including November 10, 2008 to file their Reply Brief.

5. Pursuant to Local Rule 7(a)(1), Defendants' Reply Brief is limited to ten (10) pages, excluding attachments.

1

6. Defendants believe that they require additional pages to adequately respond to the various arguments set forth in SRA's opposition brief.

7. In order to adequately respond to the various arguments set forth in SRA's opposition brief, Defendants respectfully request that they be allowed up to and including thirty (30) pages for their Reply Brief, excluding attachments.

8. This request is not opposed by Plaintiff SRA.

WHEREFORE, Defendants respectfully request that they be granted leave to file a Reply Brief containing up to and including thirty (30) pages, excluding attachments, in support of Defendants' Motion to Dismiss for Lack of Standing.

Dated: November 6, 2008                                    Respectfully submitted,

By: /s/ Thomas B. Walsh, IV
    Juanita R. Brooks – Lead Attorney
    (CA Bar No. 75934)
    E-mail: brooks@fr.com
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Thomas B. Walsh, IV
    Texas Bar No. 00785173
    Fish & Richardson P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091
    E-mail: walsh@fr.com

    Harry L. Gillam, Jr.
    Texas Bar No. 07921800
    E-mail: gil@gillamsmithlaw.com
    Melissa R. Smith
    Texas Bar No. 24001351
    E-mail: melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

Attorneys for Defendants GOOGLE INC. and AOL LLC

By: /s/ Richard S. J. Hung (by permission)
Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Otis Carroll
Tex. Bar No. 03895700
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendant YAHOO! INC.

By: /s/ Jennifer A. Kash (by permission)
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that a conference was previously held with Lee Kaplan, counsel for SRA, regarding the relief requested herein by Defendants – that Defendants be granted leave to file a Reply Brief containing up to and including thirty (30) pages, excluding attachments, in support of Defendants' Motion to Dismiss for Lack of Standing. Counsel for SRA stated that SRA does not oppose this request.

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 6, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV