# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTRA PAGES FOR REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Before the Court is Defendants Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc.'s (collectively, "Defendants") Unopposed Motion for Extra Pages for Reply Brief in Support of Defendants' Motion to Dismiss, filed on November 6, 2008. After considering the motion and the fact that the motion is unopposed, the Court finds that the motion should be GRANTED. Accordingly, it is

**ORDERED** that Defendants' Unopposed Motion for Extra Pages for Reply Brief in Support of Defendants' Motion to Dismiss is **GRANTED.**

It is further

**ORDERED** that Defendants are granted leave to file a Reply Brief containing up to and including thirty (30) pages, excluding attachments, in support of Defendants' Motion to Dismiss for Lack of Standing.

SIGNED this 7th day of November, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

1