# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE INC., YAHOO! INC., § <br> IAC SEARCH & MEDIA, INC., AOL LLC, § <br> and LYCOS, INC. § <br> § <br> Defendants. § | Civil Action No. 2:07-cv-511-TJW <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR (1) AN EXTENSION OF TIME TO FILE SUR-REPLY OPPOSING DEFENDANTS' MOTION TO DISMISS AND (2) AN INCREASED PAGE LIMIT

Before the Court is Plaintiff, Software Rights Archive, LLC's Motion for an Extension of Time to File Sur-Reply in Opposition to Defendants' Motion to Dismiss for Lack of Standing, filed on November 12, 2008. After considering the Motion and the fact that the Motion is unopposed, the Court finds that the Motion should be GRANTED. Accordingly, it is

**ORDERED** that Plaintiff, Software Rights Archive, LLC's Unopposed Motion for an Extension of Time to File Sur-reply in Opposition to Defendants' Motion to Dismiss for Lack of Standing is **GRANTED**.

**ORDERED** that Plaintiff, Software Rights Archive, LLC's Unopposed Motion to Increase Page Limit for the Sur-reply in Opposition to Defendants' Motion to Dismiss for Lack of Standing is **GRANTED**.

It is further

**ORDERED** that Plaintiff, Software Rights Archive, LLC's shall have until and including December 10, 2008, to file its Sur-reply in opposition to Defendants' Motion to Dismiss for Lack of Standing and the Sur-reply is limited to 25 pages, excluding attachments.

SIGNED this 14th day of November, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE