IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, § § Plaintiff, § v. § § GOOGLE INC., YAHOO! INC., § IAC SEARCH & MEDIA, INC., § AOL LLC, and LYCOS, INC., § § Defendant. § | CIVIL ACTION NO. 2:07-CV-511 (CE) JURY TRIAL DEMANDED |

## DEFENDANT YAHOO! INC.'S NOTICE OF INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Local Rule CV-26, and this Court's Discovery Order issued on September 12, 2008 (Dkt. 82) Defendant Yahoo! Inc. hereby notifies the Court that it served its Initial Disclosure Statement upon all counsel of record via electronic mail on November 14, 2008.

Dated: November 17, 2007

Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com

OF COUNSEL:
Michael A. Jacobs
mjacobs@mofo.com
Rachel Krevans
rkrevans@mofo.com

1

Richard S.J. Hung
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

          ATTORNEYS FOR DEFENDANT
          YAHOO! INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 14TH day of November, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

          */s/ Michael E. Jones*
          Michael E. Jones