Software Rights Archive, LLC v. Google Inc. et al                                                                Doc. 106

N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:07-CV-511 (CE) |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| GOOGLE INC., YAHOO! INC., IAC | § | |
| SEARCH & MEDIA, INC., AOL LLC, | § | |
| and LYCOS, INC. | § | |
| | § | |
| Defendants. | | |

### **NOTICE OF INITIAL DISCLOSURES BY DEFENDANTS IAC SEARCH & MEDIA, INC. AND LYCOS, INC.**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Local Rule CV-26, and this Court's

Discovery Order issued on September 12, 2008 (Dkt. 82), Defendants IAC Search & Media, Inc.

and Lycos, Inc. hereby notify the Court that they served their Initial Disclosure Statements upon

all counsel of record via electronic mail on November 14, 2008.


DATED:    November 20, 2008            Respectfully submitted,


                                       By:  */s/* Claude M. Stern (Otis Carroll by
                                            permission)
                                            Claude M. Stern
                                            claudestern@quinnemanuel.com
                                            QUINN EMANUEL URQUHART
                                              OLIVER & HEDGES, LLP
                                            555 Twin Dolphin Drive, Suite 560
                                            Redwood Shores, CA  94065-2139

Dockets.Justia.com

Jennifer A. Kash
jenniferkash@quinnemanuel.com
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111

Mark D. Baker
markbaker@quinnemanuel.com
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601

Otis Carroll (State Bar No. 03895700)
Collin Maloney (State Bar No. 00794219)
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas  75703
Tel:     (903) 561-1600
Fax:    (903) 581-1071
Email:  fedserv@icklaw.com


Attorneys for Defendants IAC Search &
Media, Inc. and Lycos, Inc.


## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 20th day of November, 2008.

  */s/ Otis Carroll*
Otis Carroll