# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC.,**<br><br>    **Defendants.** | Civil Action No. 2:07-CV-511 (CE) |

## DEFENDANT GOOGLE INC.'S NOTICE OF INITIAL DISCLOSURES

Pursuant to the Discovery Order in this action, (Docket No. 82, September 12, 2008), Defendant Google Inc. hereby notifies the Court that it served Google Inc.'s Initial Disclosures upon Plaintiff's Counsel of record on November 14, 2008.

November 21, 2008                                 Respectfully submitted,

                                                                   FISH & RICHARDSON P.C.

                                                                     By:  /s/ Thomas B. Walsh, IV
                                                                          Juanita R. Brooks - Lead Attorney
                                                                          (CA SBN 75934)
                                                                          E-mail:  brooks@fr.com
                                                                          Jason W. Wolff (CA SBN 215819)
                                                                          E-mail:  wolff@fr.com
                                                                          Fish & Richardson P.C.
                                                                          12390 El Camino Real
                                                                          San Diego, CA  92130
                                                                          Telephone:  (858) 678-5070
                                                                          Facsimile:  (858) 678-5099

                                                                          Thomas B. Walsh, IV
                                                                          Texas Bar No. 00785173
                                                                          E-mail:  walsh@fr.com

DEFENDANT GOOGLE INC.'S NOTICE OF INITIAL DISCLOSURES - Page 1

Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Ramon K. Tabtiang (MA BBO 663,943)
E-mail: rkt@fr.com
Stephen A. Marshall (MABBO 666,200)
E-mail: smarshall@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 21, 2008.

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV

22073566.doc