## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC.,**<br><br>  Defendants. | Civil Action No. 2:07-CV-511 (CE) |

### DEFENDANT AOL LLC'S NOTICE OF INITIAL DISCLOSURES

Pursuant to the Discovery Order in this action, (Docket No. 82, September 12, 2008), Defendant AOL LLC hereby notifies the Court that it served AOL LLC's Initial Disclosures upon Plaintiff's Counsel of Record on November 14, 2008.

November 21, 2008                                    Respectfully submitted,

                                                     FISH & RICHARDSON P.C.

                                                     By:  /s/ Thomas B. Walsh, IV
                                                          Juanita R. Brooks - Lead Attorney
                                                          (CA SBN 75934)
                                                          E-mail:  brooks@fr.com
                                                          Jason W. Wolff (CA SBN 215819)
                                                          E-mail:  wolff@fr.com
                                                          Fish & Richardson P.C.
                                                          12390 El Camino Real
                                                          San Diego, CA  92130
                                                          Telephone:  (858) 678-5070
                                                          Facsimile:  (858) 678-5099

                                                          Thomas B. Walsh, IV
                                                          Texas Bar No. 00785173
                                                          E-mail:  walsh@fr.com

DEFENDANT AOL LLC'S NOTICE OF INITIAL DISCLOSURES - Page 1

Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201

Ramon K. Tabtiang (MA BBO 663,943)
E-mail: rkt@fr.com
Stephen A. Marshall (MABBO 666,200)
E-mail: smarshall@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670

Robert L. Burns
Finnegan Henderson Farabow Garrett &
Dunner, LLP – Reston
Two Freedom Square
1195 Freedom Dr.
Reston, VA 20190

Counsel for Defendant and Counter-Claimant
AOL LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 21, 2008.

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV

22073567.doc