# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

### ORDER GRANTING JOINT MOTION TO FURTHER EXTEND DEADLINE TO SUBMIT SUPPLEMENTAL PROTECTIVE ORDER REGARDING SOURCE CODE UNTIL AND INCLUDING DECEMBER 10, 2008

Before the Court is the parties' Joint Motion to Further Extend Deadline to Submit Supplemental Protective Order Regarding Source Code Until and Including December 10, 2008. Having considered the matter, and the fact that it is a joint motion, the Court GRANTS the Motion and further extends the deadline until and including December 10, 2008 for the parties to file (a) a supplemental protective order governing any source code production; or (b) competing versions of supplemental protective orders governing any source code production, if the parties ultimately cannot reach agreement on this issue.

SIGNED this 26th day of November, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE