Software Rights Archive, LLC v. Google Inc. et al                                                             Doc. 112

Appendix K                                                                                   Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following Case #2:07-cv-511 (CE)
Styled: Software Rights Archive, LLC v. Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc.

2. Applicant is representing the following parties:   Google Inc

3. Applicant was admitted to practice in California (state) on January 8, 1985.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions from criminal offense(s) filed against you. Omit minor traffic offenses. None.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: Ninth Circuit Court of Appeals; Northern, Eastern, Eentral and Southern Districts of California.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, **Patrick Costello**, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

__3 November 2008__                                  _____
Date                                                                  Signature

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

|  |  |
|---|---|
| Name (please print) | **Patrick Costello** |
| State Bar Number | CA #117205 |
| Firm Name: | Bialson Bergen & Schwab |
| Address: | 2600 El Camino Real, #300 |
| City/State/Zip: | Palo Alto, CA 94306 |
| Telephone #: | 650 857 9500 |
| Fax #: | 650 494 2738 |
| E-mail Address: | pcostello@bbslaw.com |
| Secondary E-mail Address: | same |

Applicant is authorized to enter an appearance as counsel for the parties listed above. This application has been approved for the court on this 17 day of Dec, 2008.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004284

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Tuesday, December 2, 2008**

Received from:

**Fish & Richardson PC**

**1717 Main Street Ste 5000**

**Dallas, Tx 75201**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:07-cv-511**

Comments: **Ck# 2680 PHV for Costello**

Received by: **ch**