IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>GOOGLE INC.; YAHOO! INC.; IAC SEARCH & MEDIA, INC.; AOL LLC; and LYCOS, INC.,<br><br>                Defendants. | Civil Case No. 2:07-cv-511-TJW/CE |

## **NOTICE OF RE-OPENING OF CHAPTER 11 CASE**

PLEASE TAKE NOTICE THAT the chapter 11 bankruptcy case of Site Technologies, Inc. ("Site Technologies") (Case No. 99-50736 (RLE)), was re-opened pursuant to an order (a copy of which is attached hereto as Exhibit A) of the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), entered on the docket on December 2, 2008. The motion upon which the bankruptcy case was re-opened (a copy of which is attached hereto as Exhibit B) asserted, among other things, that the patents that are the subject of the above-captioned action are assets of Site Technologies that were not administered in the bankruptcy proceedings and therefore remain protected by the automatic stay of Bankruptcy Code section 362. If necessary, Defendants in this action will be seeking confirmation from the Bankruptcy Court that the automatic bankruptcy stay is in effect.

DATED: December 10, 2008 Respectfully submitted,

          By /s/ Thomas B. Walsh, IV (by permission)
Juanita R. Brooks – Lead Attorney
(CA Bar No. 75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
Email: brooks@fr.com

Thomas B. Walsh, IV
Texas Bar No. 00785173
FISH & RICHARDSON P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091
Email: walsh@fr.com

Harry L. Gillam, Jr.
Texas Bar No. 07921800
Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Patrick Costello (CA Bar No. 117205)
Bialson Bergen & Schwab
2600 El Camino Real, #300
Palo Alto, CA 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Attorneys for Defendants
GOOGLE INC. and AOL LLC

By /s/ Richard S.J. Hung (by permission)
Michael A. Jacobs (CA Bar No. 111664)
Richard S.J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

Attorneys for Defendant YAHOO! INC.


By /s/ Jennifer A. Kash
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Otis Caroll
Texas Bar No. 03895700
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 10, 2008. Any other counsel of record will be served by First Class U.S. mail on this same date.

    /s/ Jennifer A. Kash