IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | **Civil Case No. 2:07-cv-511 (CE)** |

**ORDER GRANTING JOINT MOTION TO EXTEND
VARIOUS SCHEDULING DEADLINES**

Before the Court is the parties' Joint Motion to Extend Various Scheduling Deadlines.

Having considered the matter, and the fact that it is a joint motion, the Court GRANTS the

Motion and extends the following deadlines as reflected in the below chart:

| EVENT | CURRENT DEADLINE | AGREED TO EXTENDED DEADLINE |
|---|---|---|
| Plaintiff's Deadline to file Sur-Reply to Defendants' Motion to Dismiss (Dkt. No. 66) | December 10, 2008 | December 17, 2008 |
| Plaintiff's Deadline to serve objections and responses to Defendants' First Set of Common Interrogatories (Nos. 1-9) | December 24, 2008 | January 5, 2009 |
| Defendants' Deadline to comply with P.R. 3-3: Defendants' Invalidity Contentions | January 16, 2009 | January 23, 2009 |
| Defendants' Deadline for Document Production under P.R. 3-4(a) and (b) | January 16, 2009 | February 13, 2009 |
| Defendants' Deadline for Document Production under paragraph 3(b) of September 12, 2008 Discovery Order (Dkt. No. 82) | April 17, 2009 | May 15, 2009 |

SIGNED this 12th day of December, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE