# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** | |
| v. | Civil Case No. 2:07-cv-511 (CE) |
| **GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | |

### ORDER GRANTING JOINT MOTION TO FURTHER EXTEND DEADLINE TO SUBMIT SUPPLEMENTAL PROTECTIVE ORDER REGARDING SOURCE CODE UNTIL AND INCLUDING JANUARY 14, 2009

Before the Court is the parties' Joint Motion to Further Extend Deadline to Submit Supplemental Protective Order Regarding Source Code Until and Including January 14, 2009. Having considered the matter, and the fact that it is a joint motion, the Court GRANTS the Motion and further extends the deadline until and including January 14, 2009 for the parties to file (a) a supplemental protective order governing any source code production; or (b) competing versions of supplemental protective orders governing any source code production, if the parties ultimately cannot reach agreement on this issue.

SIGNED this 12th day of December, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE