IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, § § | |
| Plaintiff, § § | |
| § | Civil Action No. 2:07-cv-511-CE |
| v. § § | |
| GOOGLE INC., YAHOO! INC., § IAC SEARCH & MEDIA, INC., AOL LLC, § and LYCOS, INC., § § | JURY TRIAL DEMANDED |
| Defendants. § | |

PLAINTIFF'S NOTICE ON THE
SITE TECHNOLOGIES, INC. CHAPTER 11 CASE

TO THE HONORABLE COURT:

Defendants previously filed in this Court their "Notice of Re-Opening of Chapter 11 Case" advising this Court of the pendency *In re Site Technologies, Inc.*, Case No. 99-50736 RLE, U.S. Bankruptcy Court, N.D. California, San Jose Division. The Bankruptcy Court held a status conference in that matter on December 17, 2008, to address the request made by Google, Inc. and another party in interest to the bankruptcy proceeding to set a schedule for the Bankruptcy Court to address a series of issues, including whether the patents in suit are property of the Debtor's bankruptcy estate and are protected by the automatic stay. *See* Status Conference Statement of Sherwood Finance (Delaware) LLC at pp.4-5, attached hereto as Exhibit A. The Bankruptcy Court inquired about the timing and status of Defendants' Motion to Dismiss for Lack of Standing pending before this Court, and was advised that the Motion to Dismiss had been briefed and was submitted to this Court. The Bankruptcy Court then continued the bankruptcy proceeding until April 15, 2009, with the parties to provide status statements on April

1, 2009. Pertinent pages of the Bankruptcy Court's Docket Sheet are attached as Exhibit B. The Bankruptcy Court declined to take or permit any further action at the January 17, 2008 status conference, other than the new setting. The transcript of this proceeding has been ordered and will be provided to this Court when it becomes available.

Plaintiff suggests to this Court that the Motion to Dismiss for Lack of Standing should be denied for the reasons stated in Plaintiff's prior briefs.

Respectfully submitted,

_Lee Kaplan_ (by permission /RD)
Lee L. Kaplan
LEAD ATTORNEY
State Bar No. 11094400
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2323
(713) 221-2320 (fax)
lkaplan@skv.com

Victor G. Hardy
State Bar No. 00790821
(Requesting Admission *Pro Hac Vice*)
Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Jay D. Ellwanger
State Bar No. 24036522
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, Texas 78731
(512) 681-4060
(512) 628-3410 (fax)
vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 23, 2008.

*Lee Kaplan (by permission/LD)*
Lee L. Kaplan