# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>         v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

### JOINT MOTION TO FURTHER EXTEND DEADLINE TO SUBMIT SUPPLEMENTAL PROTECTIVE ORDER REGARDING SOURCE CODE UNTIL AND INCLUDING JANUARY 23, 2009

Come now Plaintiff Software Rights Archive, LLC and Defendants Google, Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc. and file this Joint Motion to Further Extend Deadline to Submit Supplemental Protective Order Regarding Source Code Until and Including January 23, 2009, and in support of same would show the Court as follows:

1.      As reflected in Dkt. No. 99, the parties previously reached agreement on the terms of a protective order for this lawsuit with two exceptions:

(A) the parties are continuing to negotiate the provisions of a supplemental protective order governing any source code production. The parties had previously agreed to file, by December 1, 2008: (a) a supplemental protective order governing any source code production; or (b) competing versions of supplemental protective orders governing any source code production, if the parties ultimately cannot reach agreement on this issue. Accordingly, the parties did not ask the Court to rule on any disputes regarding source code production at the time that Dkt. No. 99 was filed.

1

(B) The parties have not reached agreement on whether in-house counsel should be allowed access to Attorney's Eyes Only material(s) produced by the other side, and the parties have previously submitted competing proposals and arguments on this issue in Dkt. No. 99 and are currently awaiting the Court's ruling on this disputed issue.

2. On November 25, 2008, the parties filed a Joint Motion (Dkt. No. 110) which sought additional time, from December 1, 2008 to December 10, 2008, for the parties to file (a) a supplemental protective order governing any source code production; or (b) competing versions of supplemental protective orders governing any source code production, if the parties ultimately cannot reach agreement on this issue.

3. By Order dated November 26, 2008 (Dkt. No. 111), the extension to December 10, 2008 was granted.

4. On December 10, 2008, the parties filed a Joint Motion (Dkt. No. 115) which sought additional time, from December 10, 2008 to January 14, 2009, for the parties to file (a) a supplemental protective order governing any source code production; or (b) competing versions of supplemental protective orders governing any source code production, if the parties ultimately cannot reach agreement on this issue.

5. By Order dated December 12, 2008 (Dkt. No. 117), the extension to January 14, 2009 was granted.

6. This Joint Motion seeks additional time, from January 14, 2009 to January 23, 2009, for the parties to file (a) a supplemental protective order governing any source code production; or (b) competing versions of supplemental protective orders governing any source code production, if the parties ultimately cannot reach agreement on this issue. Although the parties have been attempting to reach agreement on such a supplemental protective order for this

case, no agreement has yet been reached, and the parties would like more time to attempt to reach an agreement.

This Motion is not sought for delay, but that justice might be done.

WHEREFORE, the parties jointly and respectfully request that they be granted a further extension of time until and including January 23, 2009 to file (a) a supplemental protective order governing any source code production; or (b) competing versions of supplemental protective orders governing any source code production, if the parties ultimately cannot reach agreement on this issue.

Dated: January 14, 2009               Respectfully submitted,

By: /s/ Lee L. Kaplan (by permission)
    Lee L. Kaplan
    LEAD ATTORNEY
    State Bar No. 11094400
    **SMYSER KAPLAN & VESELKA, L.L.P.**
    700 Louisiana, Suite 2300
    Houston, Texas 77002
    (713) 221-2323
    (713) 221-2320 (fax)
    lkaplan@skv.com

    Victor G. Hardy
    State Bar No. 00790821
    (Requesting Admission *Pro Hac Vice*)
    Andrew G. DiNovo
    State Bar No. 00790594
    Adam G. Price
    State Bar No. 24027750
    Jay D. Ellwanger
    State Bar No. 24036522
    **DINOVO PRICE ELLWANGER LLP**
    P.O. Box 201690
    Austin, Texas 78720
    (512) 681-4060
    (512) 628-3410 (fax)
    vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

                                      ATTORNEYS FOR PLAINTIFF
                                      SOFTWARE RIGHTS ARCHIVE,
                                      L.L.C.

By: /s/ Thomas B. Walsh, IV
Juanita R. Brooks – Lead Attorney
(CA Bar No. 75934)
E-mail: brooks@fr.com
Jason W. Wolff
(CA Bar No. 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas B. Walsh, IV
Texas Bar No. 00785173
Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
E-mail: walsh@fr.com

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Attorneys for Defendants GOOGLE INC. and AOL LLC

By: /s/ Richard S.J. Hung (by permission)
Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

Attorneys for Defendant YAHOO! INC.

By: /s/ Jennifer A. Kash (by permission)
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of January, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV