IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-511 (CE) |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC., | § § § § | |
| Defendants. | § § | |

## **DEFENDANTS' NOTICE OF COMPLIANCE REGARDING P.R. 3-3 DISCLOSURES**

Pursuant to P.R. 3-3 and this Court's Order of December 12, 2008 (Dkt. 116), Defendants Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL LLC, and Lycos, Inc. hereby notify the Court that they served their P.R. 3-3 Disclosures upon all counsel of record via United Parcel Service (UPS) on January 23, 2009.

Dated: January 27, 2009                     Respectfully submitted,

By:   */s/ Thomas B. Walsh, IV*
      *(with permission by Michael E. Jones)*
      Juanita R. Brooks – Lead Attorney
      (CA Bar No. 75934)
      E-mail: brooks@fr.com
      Jason W. Wolff
      (CA Bar No. 215819)
      E-mail: wolff@fr.com
      Fish & Richardson P.C.
      12390 El Camino Real
      San Diego, CA 92130
      Telephone: (858) 678-5070
      Facsimile: (858) 678-5099

Thomas B. Walsh, IV
Texas Bar No. 00785173
Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
E-mail: walsh@fr.com

Harry L. Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**Attorneys for Defendants GOOGLE INC. and AOL LLC**

By: */s/ Richard S.J. Hung*
*with permission by Michael E. Jones*
Michael A. Jacobs
(CA Bar No. 111664)
Richard S. J. Hung
(CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
John F. Bufe
Texas Bar No. 03316930
Potter Minton
A Professional Corporation

110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

**Attorneys for Defendant YAHOO! INC.**

By: */s/ Jennifer A. Kash (with permission by Michael E. Jones)*
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

**Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 27th day of January, 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ *Michael E. Jones*
Michael E. Jones