IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
|---|---|---|
| | § | |
| v. | § | CIVIL NO. 2:07-cv-511 (TJW-CE) |
| | § | |
| GOOGLE, INC., et al. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR A 22-DAY EXTENSION TO RESPOND TO DEFENDANTS'
MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

Before the Court is Plaintiff Software Rights Archive, LLC's Unopposed Motion for a 22-Day Extension to Respond to Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). Based on the arguments presented in the motion and the agreement of the parties, the Court hereby GRANTS the motion.

Accordingly, it is ORDERED that Plaintiff shall have until March 31, 2009 to respond to Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a).

SIGNED this 3rd day of March, 2009.

_/s/ Charles Everingham IV_
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE