# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, AND LYCOS, INC.** | **Civil Case No. 2:07-cv-511 (CE)** |

## DEFENDANT AOL LLC's SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AOL LLC states that:

AOL LLC is a wholly-owned subsidiary of AOL Holdings LLC, which is a subsidiary of TW AOL Holdings Inc., which is a subsidiary of Time Warner Inc. Time Warner Inc. owns 10% or more of TW AOL Holdings Inc.

Dated: March 6, 2009

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Thomas B. Walsh, IV
Juanita R. Brooks - Lead Attorney
(CA SBN 75934)
E-mail: brooks@fr.com
Jason Wolff
(CA SBN 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

DEFENDANT AOL LLC's SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT - Page 1

Thomas B. Walsh, IV
Texas Bar No. 00785173
E-mail: walsh@fr.com
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Ramon K. Tabtiang
Massachusetts BBO 663,943
E-mail: rkt@fr.com
Stephen A. Marshall
Massachusetts BBO 666,200
E-mail: smarshall@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Robert L. Burns
Finnegan Henderson Farabow Garrett &
Dunner, LLP - Reston
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190

Counsel for Defendant and Counter-Claimant AOL LLC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 6th day of March 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ Thomas B. Walsh, IV<br>
Thomas B. Walsh, IV

22050483.doc