IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § § | |
| v. | § § | CIVIL NO. 2:07-cv-511 (TJW-CE) |
| GOOGLE, INC., et al. | § | |

**ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR AN EXTENSION TO MAY 8, 2009 TO RESPOND TO DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

Before the Court is Plaintiff Software Rights Archive, LLC's Opposed Motion for an Extension to May 8, 2009 to Respond to Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). Based on the arguments presented in the motion, the Court hereby GRANTS the motion.

Accordingly, it is ORDERED that Plaintiff shall have until May 8, 2009 to respond to Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a).

SIGNED this 27th day of March, 2009.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE