**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | |
| Plaintiff, | Civil No. 2:07-CV-511 (TJW/CE) |
| v. | |
| GOOGLE, INC., ET AL, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, D. Jeffrey Rambin, enters his appearance in this matter as counsel for Plaintiff, Software Rights Archive, LLC, for the purpose of receiving notices and orders from the Court.

DATED: May 7, 2009

By:   /s/ D. Jeffrey Rambin
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Lee Landa Kaplan
Narasa Raju Duvvuri
Smyser Kaplan & Veselka
700 Louisiana St
Suite 2300
Houston , TX 77002
713/221-2300
Fax: 17132212320
Email: lkaplan@skv.com
Email: rduvvuri@skv.com

Adam G Price
Andrew Gerald DiNovo
Jay D Ellwanger
Victor Hardy
DiNovo Price Ellwanger LLP
P O Box 201690
Austin , TX 78720-1690
512/681-4012
Fax: 15126283410
Email: aprice@dpelaw.com
Email: adinovo@dpelaw.com
Email: jellwanger@dpelaw.com
Email: vhardy@dpelaw.com

Charles Ainsworth
Robert Christopher Bunt
Parker Bunt & Ainsworth
100 E Ferguson
Suite 1114
Tyler , TX 75702
903/531-3535
Fax: 903/533-9687
Email: charley@pbatyler.com
Email: rcbunt@pbatyler.com

ATTORNEYS FOR PLAINTIFF
SOFTWARE RIGHTS ARCHIVE, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 7TH day of May, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ D. Jeffrey Rambin
D. Jeffrey Rambin