IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>GOOGLE INC., YAHOO! INC., §<br>IAC SEARCH & MEDIA, INC., AOL LLC, §<br>and LYCOS, INC. §<br>§<br>Defendants. § | Civil Action No. 2:07-cv-511 (CE)<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF SOFTWARE RIGHTS ARCHIVE, LLC'S
## NOTICE OF AMENDED DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Local Rule CV-26, and this Court's Discovery Order issues on September 12, 2008 (Dkt. 82), Plaintiff, SOFTWARE RIGHTS ARCHIVE, LLC ("SRA"), hereby notifies the Court that it served its Amended Disclosure Statement upon all counsel of record via electronic mail on May 8, 2009.

DATED: May 8, 2009

Respectfully Submitted,

Lee L. Kaplan
LEAD ATTORNEY
State Bar No. 11094400
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana, Suite 2300
Houston, TX 77002
(713) 221-2323
(713) 221-2320 (fax)
lkaplan@skv.com

Victor G. Hardy
State Bar No. 00790821
Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Jay D. Ellwanger
State Bar No. 24036522
DiNovo Price Ellwanger & Hardy LLP
7000 North MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2630
Facsimile: (512) 539-2627
vhardy@dpelaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**BROWN MCCARROLL, LLP**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@mailbmc.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

ATTORNEYS for Plaintiff Software Rights Archive, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 8, 2009.

_____
Lee L. Kaplan