IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

SOFTWARE RIGHTS ARCHIVE, LLC    §
                                §
VS.                             §        Civil Action No. 2:07-CV-511
                                §
GOOGLE, INC.; YAHOO!, INC.; IAC §
SEARCH & MEDIA, INC.; AOL, LLC; §
and LYCOS, INC.                 §        JURY TRIAL DEMANDED

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Wesley Hill, enters his appearance in

this matter for IAC Search & Media, Inc. and Lycos, Inc. for purposes of receiving notices and

orders from the Court.

DATED this 18th day of May, 2009.

Respectfully submitted,


BY: /s/ Wesley Hill
    Wesley Hill
    Tex. State Bar No. 24032294
    Ireland, Carroll & Kelley, PC
    6101 S. Broadway, Suite 500
    Tyler, Texas 75703
    Tel: (903) 561-1600
    Fax: (903) 581-1071
    Email: Fedserv@icklaw.com


ATTORNEYS FOR DEFENDANTS
IAC SEARCH & MEDIA, INC. and
LYCOS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2009, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's electronic filing system.

/s/ Wesley Hill