IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:07-cv-511 (CE) |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION FOR EXTENSION

Before the Court is the Agreed Motion for Extension to Respond to Google Inc., AOL LLC, and Yahoo! Inc.'s Motion for Certification of Order for Interlocutory Appeal, or in the alternative, for Reconsideration. Based on the arguments presented in the motion and the agreement of the parties, the Court hereby GRANTS the motion.

Accordingly, it is ORDERED that Plaintiff shall have until June 15, 2009 to respond to Google Inc., AOL LLC, and Yahoo! Inc.'s Motion for Certification of Order for Interlocutory Appeal, or in the alternative, for Reconsideration and Movants have until July 2, 2009 to file their reply, if any.

SIGNED this 5th day of June, 2009.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE