# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:07-CV-511 |
| | § | |
| GOOGLE INC., YAHOO! INC., IAC | § | |
| SEARCH & MEDIA, INC., AOL, LLC, | § | |
| AND LYCOS, INC. | § | |

## ORDER

Pending before the court is the parties' joint motion for entry of a protective order (Dkt. No. 99). The court adopts the defendants' proposal in part. The court adopts the defendants' proposal to the extent that it imposes a one-year bar and provides for a mutually agreeable location. The court rejects the defendants' proposal to the extent it requires written consent on a document-by-document basis.

The parties are ordered to submit a protective order that complies with the above rulings within 7 days of the issuance of this order.

SIGNED this 28th day of July, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE