IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff, <br> v. <br><br> GOOGLE, INC., ET AL, <br><br> Defendants. | Civil No. 2:07-CV-511 (TJW/CE) |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

On this date came for consideration the Unopposed Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion for Withdrawal of Counsel be and hereby is GRANTED, and that N. Claire Abernathy is no longer counsel of record for Software Rights Archive, LLC.

SIGNED this 28th day of July, 2009.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE