IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE)<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

      Defendants respectfully submit this Notice of Supplemental Authority to bring to the Court's attention a recent opinion issued by Judge David Folsom of the United States District Court for the Eastern District of Texas (Marshall Division) that is relevant to this case. On September 15, 2009, Judge Folsom issued an opinion in *Balthasar Online, Inc. v. Network Solutions, LLC, et al* (Civil Action No. 2:08-CV-430) (Dkt. No. 355). The *Balthasar* opinion is relevant to Defendants' pending motion to transfer this case to the Northern District of California.

      A copy of the *Balthasar* opinion (Dkt. No. 355) is attached hereto at Exhibit 1.

Dated: September 17, 2009

Respectfully submitted,

By: /s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV
Texas Bar No. 00785173
E-mail: walsh@fr.com
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Juanita R. Brooks (CA Bar No. 75934)
Jason W. Wolff (CA Bar No. 215819)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099
Email: wolff@fr.com

Attorneys for Defendants GOOGLE INC. and AOL, LLC

By: /s/ Richard. S.J. Hung
Michael A. Jacobs (CA Bar No. 111664)
Richard S.J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com

Attorneys for Defendant YAHOO! INC.

By: /s/ Jennifer A. Kash
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Courts CM/ECF system per Local Rule CV-5(a)(3) on this 17th day of September, 2009. Any other counsel of record will be served by facsimile transmission and first class mail.

        /s/Thomas B. Walsh, IV
        Thomas B. Walsh, IV