IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| VS. | § | Civil Action No. 2:07-CV-511 |
| | § | |
| GOOGLE, INC.; YAHOO!, INC.; IAC | § | |
| SEARCH & MEDIA, INC.; AOL, LLC; | § | |
| and LYCOS, INC. | § | JURY TRIAL DEMANDED |

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Wesley Hill with Ireland, Carroll & Kelley, P.C. respectfully moves the Court for an order permitting him to withdraw as counsel of record for Defendants IAC Search & Media, Inc. and Lycos, Inc. Wesley Hill's withdrawal from this matter will impose no delay of the case or prejudice to any party. Defendants IAC Search & Media, Lycos and opposing counsel agree to this request to withdraw.

        Respectfully submitted,

        /s/ Wesley Hill
        Wesley Hill
        State Bar No. 24032294
        IRELAND, CARROLL & KELLEY, P.C.
        6101 South Broadway Suite 500
        Tyler, TX 75703
        Tel: (903) 561-1600
        Fax: (903) 581-1071
        E-mail: Fedserv@icklaw.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), movant has contacted opposing counsel and no party opposes relief requested herein.

/s/ Wesley Hill

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties via United States mail and/or electronic delivery this 7th day of October, 2009.

/s/ Wesley Hill