IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| VS. | § | Civil Action No. 2:07-CV-511 |
| | § | |
| GOOGLE, INC.; YAHOO!, INC.; IAC | § | |
| SEARCH & MEDIA, INC.; AOL, LLC; | § | |
| and LYCOS, INC. | § | JURY TRIAL DEMANDED |

## **ORDER GRANTING MOTION TO WITHDRAW**

Before the Court is Wesley Hill's Unopposed Motion to Withdraw as Counsel for

Defendants IAC Search & Media, Inc. and Lycos, Inc. Having considered the matter,

and that it is unopposed, the Court GRANTS the motion and permits Wesley Hill with

Ireland, Carroll & Kelley, P.C. to withdraw as counsel of record in this case.