# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** | Civil Case No. 2:07-cv-511 (CE) |
| v. | |
| **GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF LEAD COUNSEL

The following designated attorney hereby enters an appearance as counsel of record for Defendants and Counter-Claimants GOOGLE INC. ("Google") and AOL LLC ("AOL"), and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Google and AOL:

> Ruffin B. Cordell – Lead Attorney
> Texas Bar No. 04820550
> (e-mail: cordell@fr.com)
> FISH & RICHARDSON P.C.
> 1425 K Street, 11th Floor
> Washington, DC 20005
> Telephone: (202) 783-5070
> Facsimile: (202) 783-2331

Please note that Ruffin B. Cordell is the new Lead Attorney for Google and AOL and is substituting in for Juanita R. Brooks as Lead Attorney.

Respectfully submitted,

Dated: October 23, 2009    FISH & RICHARDSON P.C.


By: /s/ Ruffin B. Cordell
    Ruffin B. Cordell – Lead Attorney
    Texas Bar No. 04820550
    (e-mail: cordell@fr.com)
    FISH & RICHARDSON P.C.
    1425 K Street, 11th Floor
    Washington, DC 20005
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Thomas B. Walsh, IV
    Texas Bar No. 00785173
    Fish & Richardson P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091
    E-mail: walsh@fr.com

    Harry L. Gillam, Jr.
    Texas Bar No. 07921800
    E-mail: gil@gillamsmithlaw.com
    Melissa R. Smith
    Texas Bar No. 24001351
    E-mail: melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC. and AOL LLC

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 23, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                         /s/Ruffin B. Cordell
                                         Ruffin B. Cordell