# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

**SOFTWARE RIGHTS ARCHIVE, LLC**

**v.**                                                    **Civil Case No. 2:07-cv-511 (CE)**

**GOOGLE INC., YAHOO! INC., IAC
SEARCH & MEDIA, INC., AOL, LLC,
AND LYCOS, INC.**

## ORDER GRANTING JOINT MOTION TO FURTHER EXTEND
## CERTAIN SCHEDULING DEADLINES

Before the Court is the Joint Motion to Further Extend Certain Scheduling Deadlines

submitted by Plaintiff Software Rights Archive, LLC and Defendants IAC Search & Media, Inc.

and Lycos, Inc. Having considered the matter, and the fact that it is a joint motion, the Court

GRANTS the Motion and extends the following deadlines as reflected in the below chart:

| EVENT | CURRENT DEADLINE (All Defendants) | AGREED TO EXTENDED DEADLINE (Defendants IAC Search & Media, Inc. and Lycos, Inc.) |
|---|---|---|
| Deadline for Document Production under paragraph 3(b) of September 12, 2008 Discovery Order (Dkt. No. 82), as extended in Dkt. No. 166. As reflected in Dkt. No. 127, Source Code will not be included by Defendants in this production. | October 30, 2009 | November 30, 2009 |

02904.51330/3179259.1                                        1

Dockets.Justia.com