IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC. | Civil Case No. 2:07-cv-511 (CE) |

**ORDER GRANTING JOINT MOTION TO FURTHER EXTEND
CERTAIN SCHEDULING DEADLINES**

Before the Court is the Joint Motion to Further Extend Certain Scheduling Deadlines submitted by Plaintiff Software Rights Archive, LLC and Defendants IAC Search & Media, Inc. and Lycos, Inc. Having considered the matter, and the fact that it is a joint motion, the Court GRANTS the Motion and extends the following deadlines as reflected in the below chart:

| EVENT | CURRENT DEADLINE (All Defendants) | AGREED TO EXTENDED DEADLINE (Defendants IAC Search & Media, Inc. and Lycos, Inc.) |
|---|---|---|
| Deadline for Document Production under paragraph 3(b) of September 12, 2008 Discovery Order (Dkt. No. 82), as extended in Dkt. No. 166. As reflected in Dkt. No. 127, Source Code will not be included by Defendants in this production. | October 30, 2009 | November 30, 2009 |

SIGNED this 3rd day of November, 2009.

                                                _____
                                                CHARLES EVERINGHAM IV
                                                UNITED STATES MAGISTRATE JUDGE