IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:07-cv-511-CE |
| v. | § | |
| | § | |
| GOOGLE INC., YAHOO! INC., | § | JURY TRIAL DEMANDED |
| IAC SEARCH & MEDIA, INC., AOL LLC, | § | |
| and LYCOS, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF OPPOSING DEFENDANTS' MOTION TO TRANSFER BASED ON RECENTLY-REVEALED DISCOVERY ABUSES BY GOOGLE AND GRANTING LEAVE TO DEFENDANTS TO FILE A REBUTTAL BRIEF IN RESPONSE**

Before the Court is Software Rights Archive LLC's Motion for Leave to File Supplemental Brief Opposing Defendants' Motion to Transfer Based on Recently-Revealed Discovery Abuses by Google. Upon review of the Motion, and in view of the pertinent facts and applicable law, this Court finds that the Motion should be GRANTED.

Accordingly, this Court GRANTS the Motion. Software Rights Archive, LLC is hereby permitted to file its Supplemental Brief Opposing Defendants' Motion to Transfer Based on Recently-Revealed Discovery Abuses by Google. Defendants are also granted leave to file a rebuttal brief in response within fifteen days.

IT IS SO ORDERED.

SIGNED this 13th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE