IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-511 (CE) |
| | § | |
| GOOGLE INC., YAHOO! INC., | § | |
| IAC SEARCH & MEDIA, INC., | § | |
| AOL LLC, and LYCOS, INC. | § | JURY TRIAL DEMANDED |
| Defendants | § | |

## PLAINTIFF'S NOTICE OF DISCLOSURE UNDER SECTION 3(C) OF THE COURT'S DISCOVERY ORDER

Plaintiff Software Rights Archive, LLC hereby notifies the Court that it served its

Disclosures pursuant to Section 3(c) of the Court's Discovery Order (dkt # 82) and Order (dkt #

166) on November 30, 2009.

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
Robert M. Parker
State Bar NO. 15498000
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com
E-mail: rmparker@pbatyler.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 30th day of November 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT