**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** | |
| **v.** | **Civil Case No. 2:07-cv-511 (CE)** |
| **GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | |

### IAC SEARCH & MEDIA, INC. AND LYCOS, INC.'S JOINT NOTICE OF DISCLOSURE UNDER SECTION 3(C) OF THE COURT'S DISCOVERY ORDER

Defendants IAC Search & Media, Inc. and Lycos, Inc. hereby notify the Court that they have served their respective Disclosures on Plaintiff Software Rights Archive, LLC pursuant to Paragraph 3(c) of the Court's September 12, 2008 Discovery Order (Dkt. No. 82) and the Court's September 28, 2009 Order Granting Joint Motion to Further Extend Certain Scheduling Deadlines (Dkt. No. 166).

Dated: December 1, 2009

Respectfully submitted,

By: /s/ Jennifer A. Kash (Collin Maloney by permission)

Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 1st day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Collin Maloney
Collin Maloney