IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> GOOGLE INC., YAHOO! INC., § <br> IAC SEARCH & MEDIA, INC., § <br> AOL LLC, and LYCOS, INC., § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:07-CV-511 (CE) |

## **DEFENDANT YAHOO! INC.'S NOTICE OF DISCLOSURES PURSUANT TO PARAGRAPH 3(C) OF THE DISCOVERY ORDER**

Pursuant to Paragraph 3(c) of the Court's September 12, 2008 Discovery Order (Dkt No. 82) and the Court's September 28, 2009 Order Granting Joint Motion to Further Extend Certain Scheduling Deadlines (Dkt. No. 166), Defendant Yahoo! Inc. hereby notifies the Court that it served its damages disclosures upon all counsel of record on November 30, 2009 via electronic mail.

| Dated: December, 1, 2009 | | | | |
|---|---|---|---|---|
| | | By: | */s/ Richard S.J. Hung* <br> *with permission by Michael E. Jones* | |
| | | | Michael A. Jacobs <br> (CA Bar No. 111664) <br> Richard S. J. Hung <br> (CA Bar No. 197425) <br> MORRISON & FOERSTER <br> 425 Market Street <br> San Francisco, CA 94105 <br> Telephone: 415-268-7000 <br> Facsimile: 415-268-7522 <br> Email: mjacobs@mofo.com <br> Email: rhung@mofo.com | |

|  |  |  | Michael E. Jones<br>Texas Bar No. 10929400<br>John F. Bufe<br>Texas Bar No. 03316930<br>Potter Minton<br>A Professional Corporation<br>110 North College, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br>Email: mikejones@potterminton.com |  |
|--|--|--|--|--|
|  |  |  | **Attorneys for Defendant YAHOO! INC.** |  |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 1st day of December, 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ *Michael E. Jones*
Michael E. Jones