IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br>        Plaintiff, <br>v. <br><br>GOOGLE, INC., ET AL, <br><br>        Defendants. | Civil No. 2:07-CV-511 (TJW/CE) |

## AGREED MOTION FOR EXTENSION OF TIME TO EXCHANGE PRIVILEGE LOGS

COMES NOW, Plaintiff Software Rights Archive, LLC, ("SRA") and moves the Court to extend the deadline currently set for December 4, 2009 for the parties to exchange privilege logs to and including December 7, 2009. The reason for this request is that there is inclement weather in Houston, Texas and counsel is closing its office early. SRA seek this extension of time not for delay but for good cause and so that justice may be served.

WHEREFORE, SRA respectfully prays that the deadline for the parties to exchange privilege logs be extended to and including December 7, 2009

DATED: December 4, 2009

By:   /s/ Elizabeth L. DeRieux
       S. Calvin Capshaw, III
       State Bar No. 03783900
       Elizabeth L. DeRieux
       State Bar No. 05770585
       D. Jeffrey Rambin
       State Bar No. 00791478
       Capshaw DeRieux, LLP

1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Lee Landa Kaplan
Narasa Raju Duvvuri
Smyser Kaplan & Veselka
700 Louisiana St
Suite 2300
Houston , TX 77002
713/221-2300
Fax: 17132212320
Email: lkaplan@skv.com
Email: rduvvuri@skv.com

Adam G Price
Andrew Gerald DiNovo
Jay D Ellwanger
Victor Hardy
DiNovo Price Ellwanger LLP
P O Box 201690
Austin , TX 78720-1690
512/681-4012
Fax: 15126283410
Email: aprice@dpelaw.com
Email: adinovo@dpelaw.com
Email: jellwanger@dpelaw.com
Email: vhardy@dpelaw.com

Charles Ainsworth
Robert Christopher Bunt
Parker Bunt & Ainsworth
100 E Ferguson
Suite 1114
Tyler , TX 75702
903/531-3535
Fax: 903/533-9687
Email: charley@pbatyler.com
Email: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 4th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux