IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | |
| Plaintiff, | Civil No. 2:07-CV-511 (TJW/CE) |
| v. | |
| GOOGLE, INC., ET AL, | |
| Defendants. | |

# ORDER

On this day came on to be considered the Agreed Motion for Extension of Time to Exchange Privilege Logs, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Agreed Motion for Extension of Time to Exchange Privilege Logs be granted and that the parties be given to and including December 7, 2009 to exchange privilege logs.