IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE INC., YAHOO! INC., § <br> IAC SEARCH & MEDIA, INC., AOL LLC, § <br> and LYCOS, INC. § <br> § <br> Defendants. § | Civil Action No. 2:07-cv-511 (CE) |

## PLAINTIFF'S NOTICE OF SERVICE OF PRIVILEGE LOGS UNDER SECTION 5 OF THE COURT'S DISCOVERY ORDER

Plaintiff Software Rights Archive, LLC hereby notifies the Court that it served its Privilege Log pursuant to Section 5 of the Court's Discovery Order (dkt# 82) and Order (dkt # 166 on December 7, 2009.

Respectfully submitted,

Lee L. Kaplan
LEAD ATTORNEY
State Bar No. 11094400
**SMYSER KAPLAN & VESELKA, L.L.P.**
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2323
(713) 221-2320 (fax)
lkaplan@skv.com

Victor G. Hardy
State Bar No. 00790821
(Admitted *Pro Hac Vice*)
Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750

Jay D. Ellwanger
State Bar No. 24036522
**DiNovo Price Ellwanger & Hardy LLP**
7000 North MoPac Expressway, Suite 350
Austin, Texas 78731
(512) 681-4060
(512) 628-3410 (fax)
vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**Parker, Bunt & Ainsworth, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to counsel of record for Defendants pursuant to the Federal Rules of Civil Procedure on this the 7th day of December, 2009.

Lee L. Kaplan