# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** | |
| v. | Civil Case No. 2:07-cv-511 (CE) |
| **GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | |

## IAC SEARCH & MEDIA, INC. NOTICE OF DISCLOSURE UNDER SECTION 5 OF THE COURT'S DISCOVERY ORDER

Defendant IAC Search & Media, Inc. hereby notifies the Court that it has served its Privilege Log on Plaintiff Software Rights Archive, LLC pursuant to Section 5 of the Court's September 12, 2008 Discovery Order (Dkt. No. 82); the Court's September 28, 2009 Order Granting Joint Motion to Further Extend Certain Scheduling Deadlines (Dkt. No. 166); and the Court's December 7, 2009 Order Granting the Agreed Motion for Extension of Time to Exchange Privilege Logs (Dkt. No. 184).

Dated: December 7, 2009     Respectfully submitted,

By: /s/ Jennifer A. Kash (by permission)
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/
Collin Maloney