IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>**v.**<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, AND LYCOS, INC.** | **Civil Case No. 2:07-cv-511 (CE)** |

### DEFENDANTS GOOGLE AND AOL'S NOTICE OF SERVICE OF PRIVILEGE LOGS UNDER SECTION 5 OF THE COURT'S DISCOVERY ORDER

Defendants Google Inc. and AOL LLC hereby notify the Court that they have served their respective Privilege Logs on Plaintiff Software Rights Archive, LLC on December 7, 2009 via electronic mail pursuant to Section 5 of the Court's Discovery Order (Dkt. No. 82), the Court's September 28, 2009 Order Granting Joint Motion to Further Extend Certain Scheduling Deadlines (Dkt. No. 166), and the Court's December 7, 2009 Order Granting the Agreed Motion for Extension of Time to Exchange Privilege Logs (Dkt. No. 184).

Dated: December 8, 2009　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Thomas B. Walsh, IV
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ruffin B. Cordell - Lead Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 04820550
　　　　　　　　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　1425 K Street, 11th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 783-5070
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 783-2331

　　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas B. Walsh, IV
　　　　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00785173
　　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: walsh@fr.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fish & Richardson P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 747-5070
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 747-2091

　　　　　　　　　　　　　　　　　　　　　　　　　　　Ramon K. Tabtiang
　　　　　　　　　　　　　　　　　　　　　　　　　　　Massachusetts BBO 663,943
　　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: rkt@fr.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Stephen A. Marshall
　　　　　　　　　　　　　　　　　　　　　　　　　　　Massachusetts BBO 666,200
　　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: smarshall@fr.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fish & Richardson P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110-2804
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (617) 542-5070
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (617) 542-8906

　　　　　　　　　　　　　　　　　　　　　　　　　　　Harry L. Gillam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 07921800
　　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: gil@gillamsmithlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24001351
　　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: melissa@gillamsmithlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　GILLAM & SMITH, L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 934-8450
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 934-9257
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendants and Counter-Claimants
　　　　　　　　　　　　　　　　　　　　　　　　GOOGLE INC. and AOL LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 8th day of December, 2009.

                                                 /s/ Thomas B. Walsh, IV

90397013.doc