IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | | | |
|---|---|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | § § | | | |
| Plaintiff, | § § | | | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-511 (CE) | | |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC., | § § § § | | | |
| Defendants. | § § | | | |

## **DEFENDANT YAHOO! INC.'S NOTICE RE: PRIVILEGED INFORMATION PURSUANT TO SECTION 5 OF THE COURT'S DISCOVERY ORDER**

Yahoo! Inc. hereby notifies the Court of its compliance with Section 5 of the Court's September 12, 2008 Discovery Order (Dkt No. 82) relating to privileged information, as modified by the Court's September 28, 2009 and December 7, 2009 Orders (Dkt. Nos. 166 and 184).

| Dated: December 8, 2009 | | | | |
|---|---|---|---|---|
| | | By: | */s/ Richard S.J. Hung*<br>*with permission by Michael E. Jones* | |
| | | | Michael A. Jacobs<br>(CA Bar No. 111664)<br>Richard S. J. Hung<br>(CA Bar No. 197425)<br>MORRISON & FOERSTER<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415-268-7000<br>Facsimile: 415-268-7522<br>Email: mjacobs@mofo.com<br>Email: rhung@mofo.com<br><br><br>Michael E. Jones | |

1

sf-2776482

| | | | |
|---|---|---|---|
| | | Texas Bar No. 10929400<br>John F. Bufe<br>Texas Bar No. 03316930<br>Potter Minton<br>A Professional Corporation<br>110 North College, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br>Email: mikejones@potterminton.com | |
| | | **Attorneys for Defendant YAHOO! INC.** | |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 8th day of December, 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ *Michael E. Jones*
Michael E. Jones