IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 2:07-cv-511-CE |
| v. § | |
| § | |
| GOOGLE INC., YAHOO! INC., § | JURY TRIAL DEMANDED |
| IAC SEARCH & MEDIA, INC., AOL LLC, § | |
| and LYCOS, INC., § | |
| § | |
| Defendants. § | |

**ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL BRIEF OPPOSING DEFENDANTS' MOTION TO TRANSFER AND GRANTING LEAVE TO GOOGLE TO FILE A SECOND SUPPLEMENTAL BRIEF IN RESPONSE**

Before the Court is Software Rights Archive LLC's Motion for Leave to File Second Supplemental Brief Opposing Defendants' Motion to Transfer. Upon review of the Motion, and in view of the pertinent facts and applicable law, this Court finds that the Motion should be GRANTED.

Accordingly, this Court GRANTS the Motion. Software Rights Archive, LLC is hereby permitted to file its Second Supplemental Brief Opposing Defendants' Motion to Transfer. Google is also granted leave to file a rebuttal brief within fifteen days.

IT IS SO ORDERED.

SIGNED this 10th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE