IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:07-cv-511-TJW |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PAGE LIMITS

Before the Court is Plaintiff Software Rights Archive, LLC's Motion to Extend Page Limits. After considering the Motion and the fact that the Motion is unopposed, the Court finds that the Motion should be GRANTED. Accordingly, it is

**ORDERED** that SRA's page limit for its Motion to Compel, and Google's page limit for its response thereto, are both extended to 25 pages, excluding attachments.

SIGNED this 11th day of December, 2009.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE