# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** | |
| **v.** | **Civil Case No. 2:07-cv-511 (CE)** |
| **GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | |

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE, effective January 11, 2010, the address for the Silicon Valley

Office of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Defendants IAC Search

& Media, Inc. and Lycos, Inc. will be changed from:

     Quinn Emanuel Urquhart Oliver & Hedges, LLP
     555 Twin Dolphin Drive, Ste. 560
     Redwood Shores, CA 94065
     Telephone:  650-801-5000
     Facsimile:  650-801-5100

   to:

     Quinn Emanuel Urquhart Oliver & Hedges, LLP
     555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, CA 94065
     Telephone:  650-801-5000
     Facsimile:  650-801-5100

Dockets.Justia.com

Dated: December 11, 2009

Respectfully submitted,

By: /s/ Jennifer A. Kash (by permission)

Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH &
MEDIA, INC. and LYCOS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 11th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/
Collin Maloney