IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., YAHOO! INC.,<br>IAC SEARCH & MEDIA, INC., AOL,<br>LLC, and LYCOS, INC.,<br><br>Defendants. | Case No. 2:07-cv-511(CE) |

## DECLARATION OF MARK D. BAKER IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO AMEND AND SUPPLEMENT INVALIDITY CONTENTIONS

I, Mark D. Baker, declare as follows:

I am an attorney at Quinn Emanuel Urquhart Oliver & Hedges LLP. I submit this declaration in support of the Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

1. Attached to this declaration as Exhibit A is a true and correct copy of a letter from Victor Hardy (counsel for SRA) to counsel for Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc., dated March 11, 2009.

2. Attached to this declaration as Exhibit B is a true and correct copy of a letter from Victor Hardy (counsel for SRA) to counsel for Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc., dated July 8, 2009.

3. Attached to this declaration as Exhibit C is a true and correct copy of a letter from Richard Hung (counsel for Yahoo! Inc.) to counsel for SRA, dated March 27, 2009.

4. Attached to this declaration as Exhibit D is a true and correct copy of a letter from Rebecca Snavely Saelao (counsel for Yahoo! Inc.) to counsel for SRA, dated July 16, 2009.

5. Attached to this declaration as Exhibit E is a true and correct copy of a letter from Rebecca Snavely Saelao (counsel for Yahoo! Inc.) to counsel for SRA, dated September 29, 2009.

6. Attached to this declaration as Exhibit F is a true and correct copy of a Joint Motion to Further Extend Deadline to Submit Protective Order Until And Including November 4, 2008 [Dkt. No. 95], filed in this case on October 23, 2008.

7. Attached to this declaration as Exhibit G is a true and correct copy of a Joint Motion to Further Extend Certain Scheduling Deadlines [Dkt. No. 162], filed in this case on August 18, 2009.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on December 18, 2009, in New York, New York.

*[signature]*
Mark D. Baker