# EXHIBIT E

```
MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS
```

September 29, 2009

Writer's Direct Contact
(415) 268-6556
rsaelao@mofo.com

Via Electronic Mail

Victor G. Hardy
DiNovo Price Ellwanger & Hardy LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731

Re:  *Software Rights Archive, LLC v. Google Inc., et al.*, No. 07-CV-511 (E.D. Tex.)

Dear Victor:

       Thanks again for last week's productive discussion about discovery.

       As we noted in our prior letters of March 27th and July 16th, we would like SRA to amend its Infringement Contentions to clarify how each of the accused Yahoo! products and services allegedly infringes. To date, Yahoo! has produced in excess of 33,000 pages — the great majority of this being technical documents. These documents should assist SRA's amendment of its contentions. SRA's cooperation with this would go a long way toward helping the parties narrow the issues and meaningfully respond to each other's discovery requests.

       We look forward to SRA's updated contentions. As always, if it would be productive to discuss these issues, please give either Rich or me a call.

Sincerely,

*/s/ Rebecca Snavely Saelao*

Rebecca Snavely Saelao

sf-2745326