# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE INC., YAHOO! INC., § <br> IAC SEARCH & MEDIA, INC., AOL LLC, § <br> and LYCOS, INC. § <br> § <br> Defendants. § | Civil Action No. 2:07-cv-511 (CE) <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION FOR EXTENSION

Before the Court is the Unopposed Motion to Extend Time for Filing a Response to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions. Based on the arguments presented in the motion and the Defendants not being opposed, the Court hereby GRANTS the motion.

Accordingly, it is ORDERED that Plaintiff shall have until January 20, 2010 to respond to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions.