IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| SOFTWARE RIGHTS ARCHIVE, LLC | |
|---|---|
| v. | Civil Case No. 2:07-cv-511 (CE) |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC. | |

ORDER GRANTING JOINT MOTION TO FURTHER EXTEND
CERTAIN SCHEDULING DEADLINES

Before the Court is the Joint Motion to Further Extend Certain Scheduling Deadlines submitted by Plaintiff Software Rights Archive, LLC and Defendants IAC Search & Media, Inc. and Lycos, Inc. Having considered the matter, and the fact that it is a joint motion, the Court GRANTS the Motion and extends the following deadlines as reflected in the below chart:

| EVENT | CURRENT DEADLINE (Defendants IAC Search & Media, Inc. and Lycos, Inc.) | AGREED TO EXTENDED DEADLINE (Defendants IAC Search & Media, Inc. and Lycos, Inc.) |
|---|---|---|
| Deadline for Document Production under paragraph 3(b) of September 12, 2008 Discovery Order (Dkt. No. 82), as extended in Dkt. No. 172. As reflected in Dkt. No. 127, Source Code will not be included by Defendants in this production. | January 6, 2010 | February 8, 2010 |

| EVENT | CURRENT DEADLINE (All Defendants) | AGREED TO EXTENDED DEADLINE (Defendants IAC Search & Media, Inc. and Lycos, Inc.) |
|---|---|---|
| Plaintiff will determine which of Defendants' modules (or portions of Defendants' systems), if any, contain Source Code that it contends in good faith should be produced. Plaintiff will identify these modules (or portions of Defendants' systems) in writing to Defendants on or before January 8, 2010. Plaintiff's identification of modules (or portions of Defendants' systems) shall not constitute an admission as to which modules (or portions of Defendants' systems) are relevant to the case, but rather shall merely identify the modules (or portions of Defendants' systems) as to which, as of that date, Plaintiff believes in good faith it needs access to Source Code. Defendants reserve the right to object to any such identification from Plaintiff. At that time, the parties will attempt in good faith to agree on reasonable limits as to the manner, location, and quantity with regard to printing of any of the production. Nothing herein shall preclude Plaintiff from seeking further discovery relating to Defendants' Source Code or shall obligate Defendants to acquiesce to such discovery. Nothing in this Order shall obligate the parties to produce or relieve | February 8, 2010 | March 8, 2010 |

| EVENT | CURRENT DEADLINE (All Defendants) | AGREED TO EXTENDED DEADLINE (Defendants IAC Search & Media, Inc. and Lycos, Inc.) |
|---|---|---|
| the parties from producing any Source Code or constitute an admission that any particular source code or object code is, or is not, discoverable. (Dkt. No. 166) | | |