IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

**GOOGLE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 194)**

Defendant Google Inc. ("Google") respectfully moves this Honorable Court for an extension of time to file a Response in Opposition to Plaintiff Software Rights Archive, LLC's Motion to Compel (Dkt. No. 194). In support of this request for an extension, Google states as follows:

1. Plaintiff Software Rights Archive, LLC's Motion to Compel (Dkt. No. 194) was filed on December 10, 2009.

2. Google's Response in Opposition to Dkt. No. 194 is currently due on December 28, 2009.

3. Due to the upcoming holidays and in order to have adequate time to fully respond to Dkt. No. 194, Google requests an extension of time until and including January 8, 2010 to file its Response in Opposition to Dkt. No. 194.

4. This request for extension is not opposed by Plaintiff.

5. This motion is not for purposes of delay but rather so that justice may be done.

**GOOGLE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 194)**                                                                                     **Page 1**

dockets.Justia.com

WHEREFORE, Google respectfully requests an extension of time until and including January 8, 2010 to file its Response in Opposition to Plaintiff Software Rights Archive, LLC's Motion to Compel (Dkt. No. 194).

Dated: December 22, 2009                    Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Thomas B. Walsh, IV
    Ruffin B. Cordell - Lead Attorney
    Texas Bar No. 04820550
    FISH & RICHARDSON P.C.
    1425 K Street, 11th Floor
    Washington, DC 20005
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Thomas B. Walsh, IV
    Texas Bar No. 00785173
    E-mail: walsh@fr.com
    Fish & Richardson P.C.
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091

    Ramon K. Tabtiang
    Massachusetts BBO 663,943
    E-mail: rkt@fr.com
    Stephen A. Marshall
    Massachusetts BBO 666,200
    E-mail: smarshall@fr.com
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA 02110-2804
    Telephone: (617) 542-5070
    Facsimile: (617) 542-8906

    Harry L. Gillam, Jr.
    Texas Bar No. 07921800
    E-mail: gil@gillamsmithlaw.com
    Melissa R. Smith
    Texas Bar No. 24001351
    E-mail: melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
Counsel for Defendant and Counter-Claimant
GOOGLE INC.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that a conference was previously held with Lee Kaplan, counsel for Plaintiff, regarding the relief requested herein by Google – that Google be allowed until and including January 8, 2010 to file its Response in Opposition to Plaintiff Software Rights Archive, LLC's Motion to Compel (Dkt. No. 194). Counsel for Plaintiff stated that SRA does not oppose this request.

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 22, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV