# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

### ORDER GRANTING GOOGLE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 194)

Before the Court is Google Inc.'s Unopposed Motion for Extension of Time to File Response in Opposition to Plaintiff's Motion to Compel (Dkt. No. 194). After considering the motion and the fact that the motion is unopposed, the Court finds that the motion should be GRANTED. Accordingly, it is

**ORDERED** that Google Inc.'s Unopposed Motion for Extension of Time to File Response in Opposition to Plaintiff's Motion to Compel (Dkt. No. 194) is **GRANTED.**

It is further

**ORDERED** that Google Inc. shall have until and including January 8, 2010 to file its Response in Opposition to Plaintiff Software Rights Archive, LLC's Motion to Compel (Dkt. No. 194).

SIGNED this 28th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE