IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| SOFTWARE RIGHTS ARCHIVE, LLC | |
|---|---|
| v. | Civil Case No. 2:07-cv-511 (CE) |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC. | |

## JOINT MOTION TO FURTHER EXTEND CERTAIN SCHEDULING DEADLINE

Come now Plaintiff Software Rights Archive, LLC ("SRA") and Defendant Yahoo! Inc. ("Yahoo!") to file this Joint Motion to Further Extend Certain Scheduling Deadline, and in support of same would show the Court as follows:

1. SRA and Yahoo! have reached agreement to extend a scheduling deadline in this matter. The current deadline and the agreed to extended deadline appear in the below chart:

| EVENT | CURRENT DEADLINE | AGREED TO EXTENDED DEADLINE |
|---|---|---|
| Plaintiff will determine which of Defendants' modules (or portions of Defendants' systems), if any, contain Source Code that it contends in good faith should be produced. Plaintiff will identify these modules (or portions of Defendants' systems) in writing to Defendants on or before January 8, 2010. Plaintiff's identification of modules (or portions of Defendants' systems) shall not constitute an admission as to which modules (or portions of Defendants' systems) are | January 8, 2010 | February 15, 2010 |

1

sf-2786813

| relevant to the case, but rather shall merely identify the modules (or portions of Defendants' systems) as to which, as of that date, Plaintiff believes in good faith it needs access to Source Code. Defendants reserve the right to object to any such identification from Plaintiff. At that time, the parties will attempt in good faith to agree on reasonable limits as to the manner, location, and quantity with regard to printing of any of the production. Nothing herein shall preclude Plaintiff from seeking further discovery relating to Defendants' Source Code or shall obligate Defendants to acquiesce to such discovery. Nothing in this Order shall obligate the parties to produce or relieve the parties from producing any Source Code or constitute an admission that any particular source code or object code is, or is not, discoverable. | | |
|---|---|---|

2. SRA and Yahoo! are working to reach agreement to narrow the scope of Yahoo!'s Source Code for production. Yahoo! is currently under no obligation to produce all of its Source Code for its accused system in this matter.

3. This case is still in its relatively early stages, and the above agreed to extended deadline will not adversely affect any other of the Court's deadlines. For example, jury selection is not scheduled to occur until May 2, 2011.

This Motion is not sought for delay, but that justice might be done.

WHEREFORE, the parties jointly and respectfully request that the above deadlines be further extended as agreed to by the parties as set forth in the above chart.

Dated: January 7, 2010

Respectfully submitted,

By: */s/ Lee L. Kaplan, with permission by Michael E. Jones*
    Lee L. Kaplan
    LEAD ATTORNEY
    State Bar No. 11094400
    **SMYSER KAPLAN & VESELKA, L.L.P.**
    700 Louisiana, Suite 2300
    Houston, Texas 77002
    (713) 221-2323
    (713) 221-2320 (fax)
    lkaplan@skv.com

    Victor G. Hardy
    State Bar No. 00790821
    (Requesting Admission *Pro Hac Vice*)
    Andrew G. DiNovo
    State Bar No. 00790594
    Adam G. Price
    State Bar No. 24027750
    Jay D. Ellwanger
    State Bar No. 24036522
    **DINOVO PRICE ELLWANGER LLP**
    P.O. Box 201690
    Austin, Texas 78720
    (512) 681-4060
    (512) 628-3410 (fax)
    vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

        ATTORNEYS FOR PLAINTIFF
        SOFTWARE RIGHTS ARCHIVE, L.L.C.

By: */s/ Richard S.J. Hung, with permission by Michael E. Jones*
Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

Attorneys for Defendant YAHOO! INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of January 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael E. Jones*
Michael E. Jones