IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC. | Civil Case No. 2:07-cv-511 (CE) |

## GOOGLE'S UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 194)

Defendant Google Inc. ("Google") respectfully moves this Honorable Court for a further extension of time to file a Response in Opposition to Plaintiff Software Rights Archive, LLC's Motion to Compel (Dkt. No. 194). In support of this request for an extension, Google states as follows:

1. Plaintiff Software Rights Archive, LLC's Motion to Compel (Dkt. No. 194) was filed on December 10, 2009.

2. Google's Response in Opposition to Dkt. No. 194 is currently due on January 8, 2010.

3. In order to have adequate time to fully respond to Dkt. No. 194, Google requests a further one-week extension of time until and including January 15, 2010 to file its Response in Opposition to Dkt. No. 194.

4. This request for extension is not opposed by Plaintiff.

5. This motion is not for purposes of delay but rather so that justice may be done.
**GOOGLE'S UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 194) – Page 1**

WHEREFORE, Google respectfully requests a further extension of time until and including January 15, 2010 to file its Response in Opposition to Plaintiff Software Rights Archive, LLC's Motion to Compel (Dkt. No. 194).

Dated: January 7, 2010

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Thomas B. Walsh, IV
Ruffin B. Cordell - Lead Attorney
Texas Bar No. 04820550
FISH & RICHARDSON P.C.
1425 K Street, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas B. Walsh, IV
Texas Bar No. 00785173
E-mail: walsh@fr.com
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Ramon K. Tabtiang
Massachusetts BBO 663,943
E-mail: rkt@fr.com
Stephen A. Marshall
Massachusetts BBO 666,200
E-mail: smarshall@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Counsel for Defendant and Counter-Claimant
GOOGLE INC.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that a conference was previously held with Lee Kaplan, counsel for Plaintiff, regarding the relief requested herein by Google – that Google be allowed until and including January 15, 2010 to file its Response in Opposition to Plaintiff Software Rights Archive, LLC's Motion to Compel (Dkt. No. 194). Counsel for Plaintiff stated that SRA does not oppose this request.

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 7, 2010 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV