## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

SOFTWARE RIGHTS ARCHIVE, LLC   §
  §
    Plaintiff,   §
  §
v.   §
  §   **Civil Action No. 2:07-cv-511 (CE)**
GOOGLE INC., YAHOO! INC.,   §
IAC SEARCH & MEDIA, INC., AOL LLC, §
and LYCOS, INC.   §
  §   **JURY TRIAL DEMANDED**
    Defendants.   §

## ORDER GRANTING MOTION FOR EXTENSION

Before the Court is the Unopposed Motion For Extension to File Reply to Google's Opposition to Plaintiff's Motion To Compel. Based on the arguments presented in the motion and the Defendants not being opposed, the Court hereby GRANTS the motion.

Accordingly, it is ORDERED that Plaintiff shall have until February 19, 2010 to reply to Google's Opposition to Plaintiff's Motion to Compel.