# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

## ORDER GRANTING JOINT MOTION TO FURTHER EXTEND CERTAIN SCHEDULING DEADLINE

Before the Court is the parties' Joint Motion to Further Extend Certain Scheduling Deadline. Having considered the matter, and the fact that it is a joint motion, the Court GRANTS the Motion and extends the following deadline as reflected in the below chart:

| EVENT | CURRENT DEADLINE | AGREED TO EXTENDED DEADLINE |
|---|---|---|
| On or before February 26, 2010, the parties will file a joint motion to further supplement the Protective Order to address issues and protocols regarding discovery of Source Code, or otherwise notify the Court of any disputes regarding the discovery of Source Code. | January 22, 2010 | February 26, 2010 |

1

sf-2744099