IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., YAHOO! INC.,<br>IAC SEARCH & MEDIA, INC., AOL LLC,<br>and LYCOS, INC.,<br><br>Defendants. | §<br>§<br>§<br>§ Civil Action No. 2:07-cv-511-CE<br>§<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§<br>§ |

### ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE INVALIDITY CONTENTIONS AND DENYING DEFENDANTS' MOTION FOR LEAVE TO AMEND AND SUPPLEMENT INVALIDITY CONTENTIONS

Before the Court are Plaintiff's Motion to Strike Invalidity Contentions, along with supporting and opposing briefs, and Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions, along with supporting and opposing briefs. After reviewing the parties' briefs, and in view of the pertinent law and facts, the Court hereby GRANTS Plaintiff's Motion to Strike Invalidity Contentions and DENIES Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion to Strike Invalidity Contentions is GRANTED.

2. Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions is DENIED.

3. Defendants' invalidity contentions, served pursuant to P.R. 3-3 on January 23, 2009, are STRICKEN.

4. Defendants may submit revised invalidity contentions within ten days of this Order, subject to the restrictions that they identify, as to anticipation, no more than five prior art references per asserted claim, and, as to obviousness, no more than five combinations per asserted claim; and that they provide detailed claim charts as to each such identification, containing the specific disclosures required by P.R. 3-3.