IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 2:07-cv-511 (CE) |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. | § § § § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**UNOPPOSED MOTION TO EXTEND PAGE LIMITS FOR CONSOLIDATED
BRIEFING REGARDING DEFENDANTS' INVALIDITY CONTENTIONS**

Plaintiff Software Rights Archive, LLC ("SRA") files this unopposed motion to extend all the parties' page limits to the extent that they submit consolidated briefing as to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions and Plaintiff's Motion to Strike Invalidity Contentions.

1.      On December 18, 2009, Defendants filed a Motion for Leave to Amend and Supplement Invalidity Contentions ("Defendants' Motion").

2.      Today, January 20, 2010, Plaintiff intends to file, along with its response to Defendants' Motion, a Motion to Strike Invalidity Contentions ("Plaintiff's Motion"). Filing one consolidated brief for both motions, as opposed to two separate briefs, makes sense and will advance the interest of efficiency, because the motions involve many of the same factual and legal issues. Ordinarily, this Court's local rules permit parties fifteen pages for opening briefs and fifteen pages for response briefs. L.R. CV-7(a)(2). Therefore, if Plaintiff filed two separate briefs instead of one consolidated brief, it ordinarily would be entitled to a total of thirty pages.

**Plaintiff seeks a page limit of twenty-five pages for its consolidated Response to Defendants' Motion / Plaintiff's Motion.**

4. Plaintiff expects that Defendants will likewise file a consolidated brief replying in support of Defendants' Motion and responding to Plaintiff's Motion. Ordinarily, this Court's local rules permit parties five pages for reply briefs and fifteen pages for response briefs. L.R. CV-7(a)(2). Therefore, if Defendants filed two separate briefs instead of one consolidated brief, they ordinarily would be entitled to a total of twenty pages. **Plaintiff moves to extend Defendants' page limit to thirty pages for their consolidated Reply Supporting Defendants' Motion / Response to Plaintiff's Motion.**

4. Plaintiff then expects to file a consolidated brief sur-replying to Defendants' Motion and replying in support of Plaintiff's Motion. Ordinarily, this Court's local rules permit parties five pages for sur-reply briefs and five pages for reply briefs. L.R. CV-7(a)(2). Therefore, if Defendants filed two separate briefs instead of one consolidated brief, they ordinarily would be entitled to a total of ten pages. **Plaintiff seeks a page limit of fifteen pages for its consolidated Sur-Reply to Defendants' Motion / Reply Supporting Plaintiff's Motion.**

Respectfully submitted,

*[signature]*

Lee L. Kaplan  
LEAD ATTORNEY  
State Bar No. 11094400  
**SMYSER KAPLAN & VESELKA, L.L.P.**  
700 Louisiana, Suite 2300  
Houston, Texas 77002  
(713) 221-2323  
(713) 221-2320 (fax)  
lkaplan@skv.com

Victor G. Hardy  
State Bar No. 00790821  
(Admitted *Pro Hac Vice*)  
Andrew G. DiNovo  
State Bar No. 00790594  
Adam G. Price  
State Bar No. 24027750  
Jay D. Ellwanger  
State Bar No. 24036522  
**DINOVO PRICE ELLWANGER & HARDY LLP**  
7000 North MoPac Expressway, Suite 350  
Austin, Texas 78731  
(512) 681-4060  
(512) 628-3410 (fax)  
vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw  
State Bar No. 03783900  
Elizabeth L. DeRieux  
State Bar No. 05770585  
**CAPSHAW DERIEUX**  
1127 Judson Road, Suite 220  
P.O. Box 3999  
Longview, TX 75606-3999  
(903) 236-9800  
(903) 236-8787 (fax)  
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

                              Attorneys for Plaintiff
                              SOFTWARE RIGHTS ARCHIVE LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record pursuant to Federal Rules of Civil Procedure on this the 20th day of January, 2010.

                              Lee L. Kaplan