# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 2:07-cv-511 (CE)** |
| **GOOGLE INC., YAHOO! INC.,** | § | |
| **IAC SEARCH & MEDIA, INC., AOL LLC,** | § | |
| **and LYCOS, INC.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND PAGE LIMITS FOR CONSOLIDATED BRIEFING REGARDING DEFENDANTS' INVALIDITY CONTENTIONS

Before the Court is Plaintiff's Unopposed Motion to Extend Page Limits for Consolidated Briefing Regarding Defendants' Invalidity Contentions. Based on the arguments contained therein, and Defendants' non-opposition to the motion, the Court hereby GRANTS the motion.

Accordingly, it is ORDERED as follows:

1. Plaintiff shall have a page limit of twenty-five pages for its consolidated Response to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions / Plaintiff's Motion to Strike Invalidity Contentions.

2. Defendants shall have a page limit of thirty pages for their consolidated Reply Supporting Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions / Response to Plaintiff's Motion to Strike Invalidity Contentions.

3. Plaintiff shall have a page limit of fifteen pages for its consolidated Sur-Reply to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions / Reply Supporting Plaintiff's Motion to Strike Invalidity Contentions