IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> GOOGLE INC., YAHOO! INC., § <br> IAC SEARCH & MEDIA, INC., AOL LLC, § <br> and LYCOS, INC. § <br> § <br> **Defendants.** § | Civil Action No. 2:07-cv-511 (CE) <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING MOTION FOR EXTENSION

Before the Court is the Unopposed Motion For Extension to File Reply to Google's Opposition to Plaintiff's Motion To Compel. Based on the arguments presented in the motion and the Defendants not being opposed, the Court hereby GRANTS the motion.

Accordingly, it is ORDERED that Plaintiff shall have until February 19, 2010 to reply to Google's Opposition to Plaintiff's Motion to Compel.

SIGNED this 21st day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE