# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING CONSOLIDATED (1) REPLY SUPPORTING DEFENDANTS' MOTION FOR LEAVE TO AMEND AND SUPPLEMENT INVALIDITY CONTENTIONS AND (2) RESPONSE TO PLAINTIFF'S MOTION TO STRIKE INVALIDITY CONTENTIONS (DKT. NO. 213) AND TO SEEK LEAVE FOR 10-PAGE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE INVALIDITY CONTENTIONS

Come now Defendants Google, Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc. (collectively, "Defendants") and file this Unopposed Motion to Extend Deadline for Filing Consolidated (1) Reply Supporting Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions and (2) Response to Plaintiff's Motion to Strike Invalidity Contentions (Dkt. No. 213) and To Seek Leave for 10-Page Sur-Reply in Opposition to Plaintiff's Motion to Strike Invalidity Contentions, and in support of same would show the Court as follows:

1. On December 18, 2009, Defendants filed their Motion for Leave to Amend and Supplement Invalidity Contentions (Dkt. No. 198).

2. After being granted an unopposed extension of time in which to file their Response to Dkt. No. 198, Plaintiff Software Rights Archive, LLC ("SRA") filed Plaintiff's Motion to Strike Invalidity Contentions and Response to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions (Dkt. No. 213) on January 20, 2010.

1

Dockets.Justia.com

3. By Order dated January 21, 2010 (Dkt. No. 217), the Court granted the following relief:

(a) SRA was granted a page limit of twenty-five pages for its consolidated Response to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions/Plaintiff's Motion to Strike Invalidity Contentions;

(b) Defendants were granted a page limit of thirty pages for their consolidated Reply Supporting Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions/Response to Plaintiff's Motion to Strike Invalidity Contentions;

(c) Plaintiff was granted a page limit of fifteen pages for its consolidated Sur-Reply to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions/Reply Supporting Plaintiff's Motion to Strike Invalidity Contentions.

4. Defendants seek an extension of time until and including February 22, 2010 to file their Consolidated (1) Reply Supporting Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions and (2) Response to Plaintiff's Motion to Strike Invalidity Contentions (Dkt. No. 213).

5. Defendants also seek leave to file a 10-page Sur-Reply in Opposition to Plaintiff's Motion to Strike Invalidity Contentions (Dkt. No. 213) after Plaintiff SRA files its consolidated Sur-Reply to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions/Reply Supporting Plaintiff's Motion to Strike Invalidity Contentions.

6. This motion is not opposed by Plaintiff SRA.

This Motion is not sought for delay, but that justice might be done.

WHEREFORE, Defendants respectfully request that they be granted the following relief:

(a)  that Defendants be granted an extension of time until and including February 22, 2010 to file their Consolidated (1) Reply Supporting Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions and (2) Response to Plaintiff's Motion to Strike Invalidity Contentions (Dkt. No. 213); and

(b)  that Defendants be granted leave to file a 10-page Sur-Reply in Opposition to Plaintiff's Motion to Strike Invalidity Contentions (Dkt. No. 213) after Plaintiff SRA files its consolidated Sur-Reply to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions/Reply Supporting Plaintiff's Motion to Strike Invalidity Contentions.

Dated: January 27, 2010	Respectfully submitted,

By: /s/ Thomas B. Walsh, IV
Ruffin B. Cordell - Lead Attorney
Texas Bar No. 04820550
FISH & RICHARDSON P.C.
1425 K Street, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas B. Walsh, IV
Texas Bar No. 00785173
E-mail: walsh@fr.com
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Ramon K. Tabtiang
Massachusetts BBO 663,943
E-mail: rkt@fr.com
Stephen A. Marshall
Massachusetts BBO 666,200
E-mail: smarshall@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Attorneys for Defendants GOOGLE INC. and AOL LLC

By: /s/ Richard S.J. Hung (by permission)
Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

Attorneys for Defendant YAHOO! INC.

<pre>
                        By: /s/ Jennifer A. Kash (by permission)
                            Claude M. Stern (CA Bar No. 96737)
                            Jennifer A. Kash (CA Bar No. 203679)
                            QUINN EMANUEL URQUHART
                            OLIVER & HEDGES, LLP
                            555 Twin Dolphin Drive, 5th Floor
                            Redwood Shores, CA 94065
                            Telephone: (650) 801-5000
                            Facsimile: (650) 801-5100
                            Email: claudestern@quinnemanuel.com
                            Email:jenniferkash@quinnemanuel.com

                            Otis Carroll
                            Tex. Bar No. 03895700
                            Collin Maloney
                            Tex. Bar No. 00794219
                            IRELAND, CARROLL & KELLEY, P.C.
                            6101 S. Broadway, Suite 500
                            Tyler, Texas 75703
                            Tel: (903) 561-1600
                            Fax: (903) 581-1071
                            Email: Fedserv@icklaw.com


                            Attorneys for Defendants IAC SEARCH &
                            MEDIA, INC. and LYCOS, INC.
</pre>

**CERTIFICATE OF CONFERENCE**

     I hereby certify that I conferred with Lee Kaplan, counsel for Plaintiff, regarding the relief requested in this motion. Mr. Kaplan informed me that Plaintiff is not opposed to the relief requested.

<pre>
                                    /s/ Thomas B. Walsh, IV
                                    Thomas B. Walsh, IV
</pre>

6
sf-2744088

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of January, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  /s/ Thomas B. Walsh, IV
                                                  Thomas B. Walsh, IV