IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC. | Civil Case No. 2:07-cv-511 (CE) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING CONSOLIDATED (1) REPLY SUPPORTING DEFENDANTS' MOTION FOR LEAVE TO AMEND AND SUPPLEMENT INVALIDITY CONTENTIONS AND (2) RESPONSE TO PLAINTIFF'S MOTION TO STRIKE INVALIDITY CONTENTIONS (DKT. NO. 213) AND GRANTING LEAVE FOR 10-PAGE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE INVALIDITY CONTENTIONS**

Before the Court is Defendants Google, Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc. (collectively, "Defendants") Unopposed Motion to Extend Deadline for Filing Consolidated (1) Reply Supporting Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions and (2) Response to Plaintiff's Motion to Strike Invalidity Contentions (Dkt. No. 213) and To Seek Leave for 10-Page Sur-Reply in Opposition to Plaintiff's Motion to Strike Invalidity Contentions (the "Motion").

After considering the Motion and the fact that it is unopposed, the Court finds that the Motion should be and hereby is GRANTED.

Accordingly, it is

ORDERED that Defendants' Unopposed Motion to Extend Deadline for Filing Consolidated (1) Reply Supporting Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions and (2) Response to Plaintiff's Motion to Strike Invalidity Contentions

(Dkt. No. 213) and To Seek Leave for 10-Page Sur-Reply in Opposition to Plaintiff's Motion to Strike Invalidity Contentions is GRANTED. It is further

ORDERED that Defendants are granted an extension of time until and including February 22, 2010 to file their Consolidated (1) Reply Supporting Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions and (2) Response to Plaintiff's Motion to Strike Invalidity Contentions (Dkt. No. 213). It is further

ORDERED that Defendants are granted leave to file a 10-page Sur-Reply in Opposition to Plaintiff's Motion to Strike Invalidity Contentions (Dkt. No. 213) after Plaintiff SRA files its consolidated Sur-Reply to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions/Reply Supporting Plaintiff's Motion to Strike Invalidity Contentions.

SIGNED this 29th day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE