IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br>      Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.; YAHOO! INC.; IAC SEARCH & MEDIA, INC.; AOL, LLC; and LYCOS, INC.,<br>      Defendants. | Civil Action No. 2:07-cv-511-TJW<br><br>JURY TRIAL DEMANDED |

**SOFTWARE RIGHTS ARCHIVE, LLC AND GOOGLE INC.'S JOINT MOTION TO ENTER AGREED SUPPLEMENTAL PROTECTIVE ORDER TO GOVERN THE PRODUCTION/INSPECTION OF GOOGLE SOURCE CODE**

Plaintiff Software Rights Archive, LLC ("SRA") and Defendant Google Inc. ("Google") hereby move the Court for the entry of the Agreed Supplemental Protective Order to Govern the Production/Inspection of Google Source Code which is attached hereto as Exhibit "A." SRA and Google make this Joint Motion subject to the following:

(1) The Agreed Supplemental Protective Order to Govern the Production/Inspection of Google Source Code which is attached hereto as Exhibit "A" shall govern the production/inspection of any Google source code in this matter until and unless further order of this Court.

(2) SRA and the Defendants in this action (including Google) have not yet reached agreement on a supplemental protective order to govern the production/inspection of all source code in this action.

(3) SRA and Google will continue to attempt to negotiate an agreed supplemental protective order to govern the production/inspection of all source code in this case. However, if such an agreed supplemental protective order is not agreed to by SRA, on the one side, and the Defendants (including Google) on the other side, both SRA and Google agree that the entry of Exhibit "A" hereto is not a waiver of, and is without prejudice to, the respective rights of SRA and/or Google to later challenge any of the provisions of Exhibit "A" hereto should SRA and/or Google need to submit competing versions of any provisions of a supplemental protective order to govern the production/inspection of source code in this case to the Court in the future.

Dated: February 1, 2010    Respectfully submitted,

By: /s/ Lee L. Kaplan (by permission)
Lee L. Kaplan
LEAD ATTORNEY
State Bar No. 11094400
**SMYSER KAPLAN & VESELKA, L.L.P.**
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2323
(713) 221-2320 (fax)
lkaplan@skv.com

Victor G. Hardy
State Bar No. 00790821
(Requesting Admission *Pro Hac Vice*)
Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Jay D. Ellwanger
State Bar No. 24036522
**DINOVO PRICE ELLWANGER LLP**
P.O. Box 201690
Austin, Texas 78720
(512) 681-4060
(512) 628-3410 (fax)
vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

                                          ATTORNEYS FOR PLAINTIFF
                                          SOFTWARE RIGHTS ARCHIVE,
                                          L.L.C.

By: /s/ Thomas B. Walsh, IV
Ruffin B. Cordell - Lead Attorney
Texas Bar No. 04820550
FISH & RICHARDSON P.C.
1425 K Street, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas B. Walsh, IV
Texas Bar No. 00785173
E-mail: walsh@fr.com
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Ramon K. Tabtiang
Massachusetts BBO 663,943
E-mail: rkt@fr.com
Stephen A. Marshall
Massachusetts BBO 666,200
E-mail: smarshall@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Attorneys for Defendants GOOGLE INC.

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 1st day of February, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              /s/ Thomas B. Walsh, IV
                                              Thomas B. Walsh, IV

sf- 2780097