IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:07-cv-511-CE |
| v. | § | |
| | § | |
| GOOGLE INC., YAHOO! INC., | § | JURY TRIAL DEMANDED |
| IAC SEARCH & MEDIA, INC., AOL LLC, | § | |
| and LYCOS, INC., | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS
## AND EXTEND SUR-REPLY RESPONSE DATE

Software Rights Archive, LLC and Google Inc. file this joint motion for leave seeking permission for 1) Software Rights Archive, LLC to exceed the page limitation for its Reply Brief supporting its Motion to Compel (Dkt. #194) for a 15-page Reply, 2) Google to be allowed to file a 15-page Sur-Reply, and 3) for Google's deadline to file its Sur-Reply to be extended to March 24, 2010. The parties recognize that there are multiple disputed issues to be presented to the Court and thus seek the 15-page limits and for Google to be allowed to file the Sur-Reply on March 24, 2010. Plaintiff Software Rights Archive, LLC seeks leave from the Court for a page limitation for its Reply Brief of 15 pages. Google seeks additional pages for its Sur-Reply of 15 pages and an extension of time to file its Sur-Reply to March 24, 2010.

Plaintiff and Defendant, Google, respectfully request that the Court grant the motion for leave, be allowed to Plaintiff to have leave for fifteen pages for its Reply and Defendant, Google, to have 15 pages for its Sur-Reply and an extension to file the Sur-Reply to March 24, 2010.

Dated: February 22, 2010

Respectfully submitted,

By: _____
Lee L. Kaplan
LEAD ATTORNEY
State Bar No. 11094400
**SMYSER KAPLAN & VESELKA, L.L.P.**
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2323
(713) 221-2320 (fax)
lkaplan@skv.com

Victor G. Hardy
State Bar No. 00790821
(Requesting Admission *Pro Hac Vice*)
Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Jay D. Ellwanger
State Bar No. 24036522
**DINOVO PRICE ELLWANGER & HARDY LLP**
7000 North MoPac Expressway,
Suite 350
Austin, Texas 78731
(512) 681-4060
(512) 628-3410 (fax)
vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

Attorneys for Plaintiff SOFTWARE RIGHTS ARCHIVE, L.L.C.

By: /s/ Thomas B. Walsh, IV (by permission)
Juanita R. Brooks – Lead Attorney
(CA Bar No. 75934)
E-mail: brooks@fr.com
Jason W. Wolff
(CA Bar No. 215819)
E-mail: wolff@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas B. Walsh, IV
Texas Bar No. 00785173
Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
E-mail: walsh@fr.com

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Attorneys for Defendants GOOGLE INC. and AOL LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 22, 2010.

_____
Lee L. Kaplan