# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 2:07-cv-511(CE)** |
| **GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC.,** | |
| **Defendants.** | |

## SECOND DECLARATION OF MARK D. BAKER IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO AMEND AND SUPPLEMENT INVALIDITY CONTENTIONS (DKT. NO. 198) AND RESPONSE IN OPPOSITION TO SRA'S MOTION TO STRIKE INVALIDITY CONTENTIONS (DKT. NO. 213)

I, Mark D. Baker, declare as follows:

I am an attorney at Quinn Emanuel Urquhart Oliver & Hedges, LLP. I submit this declaration in support of the Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions (Dkt. No. 198) and Opposition to SRA's Motion to Strike Invalidity Contentions (Dkt. No. 213). I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

1.     Attached to this declaration as Exhibit H is a true and correct copy of excerpts from a U.S. Patent and Trademark Office communication dated January 27, 2010, relating to U.S. Patent Application 11/404,842, filed by Daniel Egger, et al.

2.     Attached to this declaration as Exhibit I is a true and correct copy of the following article: Brodda, B. and Karlgren, H., "Citation Index And Measures Of Association in Mechanized Document Retrieval," Kval Pm 295 (1967).

3. Attached to this declaration as Exhibit J is a true and correct copy of the following article: Cleveland, D., "An n-Dimensional Retrieval Model," J. Am. Soc. Inf. Sci. 342 (1976).

4. Attached to this declaration as Exhibit K is a true and correct copy of Defendants' invalidity contentions, excluding attachments, served on January 23, 2009.

5. Attached to this declaration as Exhibit L is a true and correct copy of representative excerpts from the claim charts that were attached to Defendants' invalidity contentions, served on January 23, 2009.

6. Attached to this declaration as Exhibit M is a true and correct copy of Defendants' Appendix and claim charts, containing the proposed amendments and supplementation to Defendants' invalidity contentions, served on November 25, 2009.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on February 22, 2010, in New York, New York.

_Mark Baker_
Mark D. Baker