# EXHIBIT H

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/404,824 | 04/17/2006 | Daniel Egger | | 2092 |

| | | |
|---|---|---|
| 38598 7590 01/27/2010 ANDREWS KURTH LLP 1350 I STREET, N.W. SUITE 1100 WASHINGTON, DC 20005 | EXAMINER | |
| | CHANG, JEFFREY | |
| | ART UNIT | PAPER NUMBER |
| | 2159 | |
| | MAIL DATE | DELIVERY MODE |
| | 01/27/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

PTO/SB/08b (01-09)
Approved for use through 02/28/09. OMB 0651-0031
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1985, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PT0 | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPILCANT** (Use as many sheets as necessary) | | | Application Number | 11/404,824 |
| | | | Filing Date | April 17, 2006 |
| | | | First Named Inventor | Daniel EGGER |
| | | | Art Unit | 2169 |
| | | | Examiner Name | Jeffrey CHANG |
| Sheet | 5 | of 9 | Attorney Docket Number | EGG.001D |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | | Crouch, Donald B., et al., "The use of cluster hierarchies in hypertext information retrieval" Hypertext '89 Proceedings, p.p. 225-237, November 1989. | |
| | | NIELSEN, J., Hypertext and Hypermedia, 1990 | |
| | | SHEPHERD, M., WATTERS, C., & CAI, Y., Transient Hypergraphs for Citation Networks, (in Information Processing & Management, Vol. 26, No. 3, pp. 395-4 12), 1990 | |
| | | NIELSEN, J., The Art of Navigating through Hypertext, (in Communications of the ACM, Vol. 33, No. 3, pp. 296- 310), March 1990 | |
| | | LUCARELLA, D., A Model for Hypertext-Based Information Retrieval, (in Proceedings of the ECHT'90. INRIA, Cambridge University Press, N. Streitz, A. Rizk, and J. Andre, eds., pp. 8 1-94), November 1990 | |
| | | TURTLE, H., Inference Networks for Document Retrieval - A Dissertation Presented by Howard Robert Turtle, (in Proceedings of the 13th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval), 1991 | |
| | | TURTLE, H., CROFT, W.B., Evaluation of an Inference Network-Based Retrieval Model, (in ACM Transactions on Information Systems (TOIS)), 1991 | |
| | | SHAW, W.N., Subject and Citation Indexing. Part I: The Clustering Structure of Composite Representations in the Cystic Fibrosis Document Collection, (in Journal of the American Society for Information Science and Technology), 1991 | |
| | | SHAW, W.N., Subject and Citation Indexing. Part II: The Optimal Cluster-Based Retrieval Performance of Composite Representations, (in Journal of the American Society for Information Science and Technology), 1991 | |

| Examiner Signature | /Jeffrey Chang/ | Date Considered | 01/21/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO:**
Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

"ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.C./"

PTO/SB/08b (01-09)
Approved for use through 02/28/09. OMB 0651-0031
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1985, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

DEC 16 2009

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPILCANT

(Use as many sheets as necessary)

**Complete if Known**

| | |
|---|---|
| Application Number | 11/404,824 |
| Filing Date | April 17, 2006 |
| First Named Inventor | Daniel EGGER |
| Art Unit | 2169 |
| Examiner Name | Jeffrey CHANG |
| Attorney Docket Number | EGG.001D |

Sheet 1 of 2

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | SCHATZ, Bruce R., HARDIN, Joseph B. "NCSA Mosaic and the World Wide Web: Global Hypermedia Protocols for the Internet," *Science*, New Series, Vol. 265, No. 5174, pp. 895-901 1994 | |
| | | SALTON, G., & BUCKLEY, C., "On the Automatic Generation of Content Links in Hypertext, Department of Computer Science, Cornell University, TR 89-993, 1989 | |
| | | CAN, F, & OZKARAHAN, E.A., "A Dynamic Cluster Maintenance System For Information Retrieval," ACM 089791-232-2/87/0006/0123, 1987 | |
| | | KORFHAGE, Robert R., "Query Enhancement By User Profiles," Southern Methodist University, 1984 | |
| | | HOROWITZ, E., & SAHNI, S., "Fundamentals Of Data Structures, Computer Science Press, Inc., Computer Software Engineering Series, © 1976 & © 1982 | |
| | | FRITSCHE, M., "Automatic Clustering Techniques In Information Retrieval," Joint Nuclear Research Center, Ispra Establishment, Italy, 1974 | |
| | | CLEVELAND, Donald B., "An n-Dimensional retrieval Model," Journal of the American Society for Information Science, 1976 | |
| | | KUNGL. STATSKONTORET, "Citation Index And Measures Of Association In Mechanized Document Retrieval," Swedish Rationalization Agency, Stockholm, 1967 | |
| | | BAASE, S., "Computer Algorithms, Introduction to Design and Analysis," Second Edition, Addison-Wesley Publishing Company, 1988 | |

| Examiner Signature | /Jeffrey Chang/ | Date Considered | 01/21/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO:** Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.C./

PTO/SB/08b (01-09)
Approved for use through 02/28/09. OMB 0651-0031
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1985, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPILCANT** (Use as many sheets as necessary) | Application Number | 11/404,824 |
| | Filing Date | April 17, 2006 |
| | First Named Inventor | Daniel EGGER |
| | Art Unit | 2169 |
| | Examiner Name | Jeffrey CHANG |
| Sheet 2 of 2 | Attorney Docket Number | EGG.001D |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | BAASE, S., "Computer Algorithms: Introduction to Design and Analysis," Second Edition, Addison-Wesley Publishing Company, 1978 | |
| | | AHO, A.V., HOPCROFT, J.E., & ULLMAN, J.D., "Data Structures and Algorithms," Addison-Wesley Publishing Company, 1983 | |
| | | AHO, A.V., HOPCROFT, J.E., & ULLMAN, J.D., "The Design And Analysis Of Computer Algorithms," Addison-Wesley Publishing Company, 1976 | |
| | | JOACHIMS, T., MITCHELL, T., FREITAG, D. & ARMSTRONG, R., "WebWatcher: Machine Learning And Hypertext," School of Computer Science, Carnegie Mellon University, 1995 | |
| | | BOTAFOGO, R.A., "Cluster Analysis For Hypertext Systems," C&C Information Technology Research Laboratories, NEC Corporation, Japan, 1993 | |
| | | SALTON, G. & BUCKLEY C., "Automatic Text Structuring And Retrieval - Experiments in Automatic Encyclopedia Searching," Department of Computer Science, Cornell University, 1991 | |
| | | SALTON, G. & BUCKLEY C., "Approaches to Text Retrieval for Structured Documents," Department of Computer Science, Cornell University, TR 90-1083, 1990 | |
| | | BOTAFOGO R.A. & SHNELDERMAN B., "Identifying Aggregates in Hypertext Structures," Human-Computer Interaction Laboratory & Department of Computer Science, University of Maryland, 1991 | |
| | | CAPLINGER M., "Graphical Database Browsing," Bell Communications Research, 1986 | |

| Examiner Signature | /Jeffrey Chang/ | Date Considered | 01/21/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.C./