IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND AND SUPPLEMENT INVALIDITY CONTENTIONS (DKT. NO. 198) AND DENYING PLAINTIFF'S MOTION TO STRIKE INVALIDITY CONTENTIONS (DKT. NO. 213)

Before the Court is Defendants Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc.'s (collectively, "Defendants") Motion for Leave to Amend and Supplement Invalidity Contentions (Dkt. No. 198) and Plaintiff Software Rights Archive, LLC's Motion to Strike Invalidity Contentions (Dkt. No. 213). After reviewing the Motion for Leave and the Motion to Strike, the Responses in Opposition thereto, and any further briefing, the Court finds that the Motion for Leave should be and hereby is GRANTED and the Motion to Strike should be and hereby is DENIED. Accordingly, it is

ORDERED that Defendants Google Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc.'s Motion for Leave to Amend and Supplement Invalidity Contentions (Dkt. No. 198) is GRANTED. It is further

ORDERED that the Appendix and claim charts containing the proposed amendments and supplementation to Defendants' invalidity contentions, which were served by Defendants on Plaintiff Software Rights Archive, LLC on November 25, 2009, are deemed by the Court to be a part of Defendants' Invalidity Contentions in this case. It is further

ORDERED that Plaintiff Software Rights Archive, LLC's Motion to Strike Invalidity Contentions (Dkt. No. 213) is denied in its entirety.