IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 2:07-cv-511 (CE) |
| GOOGLE INC., YAHOO! INC., | § | |
| IAC SEARCH & MEDIA, INC., AOL LLC, | § | |
| and LYCOS, INC. | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## UNOPPOSED MOTION FOR EXTENSION TO FILE CONSOLIDATED SUR-REPLY TO DEFENDANTS' MOTION FOR LEAVE TO AMEND AND SUPPLEMENT INVALIDITY CONTENTIONS AND REPLY SUPPORTING PLAINTIFF'S MOTION TO STRIKE INVALIDITY CONTENTIONS

Plaintiff Software Rights Archive, LLC ("SRA") submits this Unopposed Motion for Extension to File a Consolidated Sur-Reply to Defendant's Motion for Leave to Amend and Supplement Invalidity Contentions and Reply Supporting Plaintiff's Motion to Strike Invalidity Contentions:

1. Defendants filed their Motion for Leave to Amend and Supplement Invalidity Contentions December 18, 2009 (Dkt. # 198). SRA filed its Response on January 20, 2010 and Defendants filed their Reply on February 22, 2010. SRA's Sur-Reply is currently due Tuesday, March 2, 2010.

2. SRA requests additional time until March 10, 2010 to file its Sur-Reply in order to fully discuss the issues. The Court has previously granted leave for SRA to file a 15-page Sur-Reply (Dkt. # 217). Defendants do not oppose this extension.

Respectfully submitted,

*[signature: Lee L. Kaplan]*

Lee L. Kaplan
LEAD ATTORNEY
State Bar No. 11094400
**SMYSER KAPLAN & VESELKA, L.L.P.**
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2323
(713) 221-2320 (fax)
lkaplan@skv.com

Victor G. Hardy
State Bar No. 00790821
(Admitted *Pro Hac Vice*)
Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Jay D. Ellwanger
State Bar No. 24036522
**DINOVO PRICE ELLWANGER & HARDY LLP**
7000 North MoPac Expressway, Suite 350
Austin, Texas 78731
(512) 681-4060
(512) 628-3410 (fax)
vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that SRA held a conference with counsel for Defendants regarding this motion and Defendants' counsel stated that they are unopposed to this motion.

_____
Lee L. Kaplan.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record pursuant to Federal Rules of Civil Procedure on this the 23rd day of February, 2010.

_____
Lee L. Kaplan