IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 2:07-cv-511 (TJW-CE) |
| | § | |
| GOOGLE, INC., et al. | § | |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS AND EXTEND SUR-REPLY RESPONSE DATE**

Before the Court is the Joint Motion for Leave to Exceed Page Limitations and Extend Sur-Reply Response Date. Based on the arguments presented in the motion and the agreement of the parties, the Court hereby GRANTS the motion.

Accordingly, it is ORDERED that Plaintiff may file a 15-page Reply Brief supporting its Motion to Compel; and

ORDERED that Defendant, Google, shall have until March 24, 2010 to file a Sur-Reply to Plaintiff's Motion to Compel of up to 15 pages.

SIGNED this 24th day of February, 2010.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE