# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE INC., YAHOO! INC., § <br> IAC SEARCH & MEDIA, INC., AOL LLC, § <br> and LYCOS, INC. § <br> § <br> Defendants. § | Civil Action No. 2:07-cv-511 (CE) <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION TO FILE CONSOLIDATED SUR-REPLY TO DEFENDANTS' MOTION FOR LEAVE TO AMEND AND SUPPLEMENT INVALIDITY CONTENTIONS AND REPLY SUPPORTING PLAINTIFF'S MOTION TO STRIKE INVALIDITY CONTENTIONS

Before the Court is the Unopposed Motion for Extension to File Consolidated Sur-Reply to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions and Reply Supporting Plaintiff's Motion to Strike Invalidity Contentions. Based on the arguments presented in the motion and the Defendants not being opposed, the Court hereby GRANTS the motion.

Accordingly, it is ORDERED that Plaintiff shall have until March 10, 2010 to file a consolidated Sur-Reply to Defendants' Motion for Leave to Amend and Supplement Invalidity Contentions and Reply Supporting Plaintiff's Motion to Strike Invalidity Contentions.

SIGNED this 24th day of February, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE