## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

**SOFTWARE RIGHTS ARCHIVE, LLC**

    **v.**                             **Civil Case No. 2:07-cv-511 (CE)**

**GOOGLE INC., YAHOO! INC., IAC
SEARCH & MEDIA, INC., AOL, LLC,
AND LYCOS, INC.**

### DEFENDANT YAHOO! INC.'S MOTION FOR HEARING ON MOTION TO TRANSFER AND IN THE ALTERNATIVE FOR CONTINUANCE OF CLAIM CONSTRUCTION DEADLINES

Defendant Yahoo! Inc. ("Yahoo!") hereby respectfully moves (1) for a hearing on Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), filed February 20, 2009 (Docket No.130); and (2) alternatively for a continuance of the upcoming claim construction-related deadlines.

Yahoo! seeks the requested relief solely in light of the Federal Circuit's directive that parties actively pursue resolution of their motion to transfer, "before the district court invest[s] considerable time and attention on discovery and completing claim construction." *See In re VTech Communs., Inc.*, Misc. Docket No. 909, 2010 U.S. App. LEXIS 372, at *6 (Fed. Cir. Jan. 6, 2010), attached hereto as Exhibit "A".

Defendants filed their motion to transfer on February 20, 2009. (Docket No. 130.) The parties completed initial briefing on the motion on May 29, 2009. (Docket No. 148.) Plaintiff SRA and Defendant Google Inc. subsequently filed supplemental briefs in November 2009 (Docket Nos. 173-175 and 177) and December 2009 (Docket Nos. 191 and 201). Claim construction is set to commence on April 30, 2010, when the parties exchange proposed terms

1

pursuant to P.R. 4-1.  (*See* Docket Control Order, Docket No. 84.)  Claim construction briefing

commences August 6, 2010, followed by the claim construction hearing, currently set for

November 10, 2010.  (*Id.*)

In the event that the Court declines to grant a hearing or otherwise rule on Defendants'

motion to transfer prior to April 30, 2010, Yahoo! alternatively proposes that the claim

construction-related deadlines be extended according to the following chart:

| EVENT | CURRENT DEADLINE | EXTENDED DEADLINE |
|---|---|---|
| Comply with P.R. 4-1. | April 30, 2010 | May 28, 2010 |
| Comply with P.R. 4-2. | May 28, 2010 | June 25, 2010 |
| Comply with P.R. 4-3. | June 25, 2010 | July 23, 2010 |
| Discovery deadline- claims construction issues | July 16, 2010 | August 13, 2010 |
| Comply with P.R. 4-5(a). | August 6, 2010 | September 3, 2010 |
| Comply with P.R. 4-5(b). | September 10, 2010 | October 8, 2010 |
| Comply with P.R. 4-5(c). | October 8, 2010 | November 5, 2010 |
| Comply with P.R. 4-5(d). | October 29, 2010 | December 3, 2010 |
| Claim construction hearing 9:00 a.m., Marshall, Texas | November 10, 2010 | A date in December 2010 or as soon thereafter as is convenient for the Court. |

sf-2805121

Dated: March 9, 2010                    Respectfully submitted,


By:  */s/ Richard S.J. Hung, with permission by*
     *Michael E. Jones*
     Michael A. Jacobs (CA Bar No. 111664)
     Richard S. J. Hung (CA Bar No. 197425)
     MORRISON & FOERSTER
     425 Market Street
     San Francisco, CA 94105
     Telephone: 415-268-7000
     Facsimile: 415-268-7522
     Email: mjacobs@mofo.com
     Email: rhung@mofo.com

     Michael E. Jones
     Texas Bar No. 10929400
     Potter Minton, A Professional Corporation
     110 North College, Suite 500
     Tyler, Texas 75702
     Telephone: (903) 597-8311
     Facsimile: (903) 593-0846
     Email: mikejones@potterminton.com

     Attorneys for Defendant YAHOO! INC.


## CERTIFICATE OF CONFERENCE


I hereby certify that counsel for Yahoo! conferred with counsel for Plaintiff Software Rights Archive, Inc. ("SRA") regarding the relief requested herein.  Counsel for SRA stated that SRA does not join in the request for an oral hearing on the motion to transfer.  However, in the event the Court is inclined to hold such a hearing, counsel for SRA states that SRA will participate in the hearing.  Counsel for SRA also stated that SRA opposes the alternative extension of the claim construction-related deadlines.  Accordingly, this motion is presented to the Court for determination.


*/s/   Richard S.J. Hung, with permission*
*by Michael E. Jones*


3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 9, 2010.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*

sf-2805121