# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

## ORDER SETTING HEARING AND CONTINUING CLAIM CONSTRUCTION

Having considered Yahoo! Inc.'s motion (1) for a hearing on Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), filed February 20, 2009 (Docket No.130); and (2) alternatively for a continuance of claim construction-related deadlines, the Court hereby GRANTS the motion. Defendants' Motion to Transfer is hereby set for hearing on March __, 2010 at 9:00 a.m. Further, the Court hereby extends the following claim construction-related deadlines:

| EVENT | CURRENT DEADLINE | EXTENDED DEADLINE |
|---|---|---|
| Comply with P.R. 4-1. | April 30, 2010 | May 28, 2010 |
| Comply with P.R. 4-2. | May 28, 2010 | June 25, 2010 |
| Comply with P.R. 4-3. | June 25, 2010 | July 23, 2010 |
| Discovery deadline- claims construction issues | July 16, 2010 | August 13, 2010 |
| Comply with P.R. 4-5(a). | August 6, 2010 | September 3, 2010 |
| Comply with P.R. 4-5(b). | September 10, 2010 | October 8, 2010 |
| Comply with P.R. 4-5(c). | October 8, 2010 | November 5, 2010 |
| Comply with P.R. 4-5(d). | October 29, 2010 | December 3, 2010 |
| Claim construction hearing 9:00 a.m., Marshall, Texas | November 10, 2010 | A date in December 2010 or as soon thereafter as is convenient for the Court. |

2