IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

SOFTWARE RIGHTS ARCHIVE, LLC

      v.

GOOGLE INC., YAHOO! INC., IAC
SEARCH & MEDIA, INC., AOL, LLC,
AND LYCOS, INC.

Civil Case No. 2:07-cv-511 (CE)

## JOINT MOTION TO FURTHER EXTEND CERTAIN SCHEDULING DEADLINE

Come now Plaintiff Software Rights Archive, LLC and Defendants Google, Inc., Yahoo!

Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc. and file this Joint Motion to Further

Extend Certain Scheduling Deadline, and in support of same would show the Court as follows:

1.      The parties have reached agreement to extend a certain scheduling deadline in this

matter.  The current deadline and the agreed to extended deadline appear in the below chart:

| EVENT | CURRENT DEADLINE | AGREED TO EXTENDED DEADLINE |
|---|---|---|
| On or before March 19, 2010, the parties will file a joint motion to further supplement the Protective Order to address issues and protocols regarding discovery of Source Code, or otherwise notify the Court of any disputes regarding the discovery of Source Code. | March 11, 2010 | March 19, 2010 |

2.      The above agreed to extended deadline will not adversely affect any other of the

Court's deadlines.  For example, jury selection is not scheduled to occur until May 2, 2011.

This Motion is not sought for delay, but that justice might be done.

1

WHEREFORE, the parties jointly and respectfully request that the above deadline be further extended as agreed to by the parties as set forth in the above chart.

sf-2744088

Dated:  March 11, 2010                    Respectfully submitted,


                                          By:  /s/ Lee L. Kaplan (by permission)
                                               Lee L. Kaplan
                                               LEAD ATTORNEY
                                               State Bar No. 11094400
                                               SMYSER KAPLAN & VESELKA, L.L.P.
                                               700 Louisiana, Suite 2300
                                               Houston, Texas 77002
                                               (713) 221-2323
                                               (713) 221-2320 (fax)
                                               lkaplan@skv.com

                                               Victor G. Hardy
                                               State Bar No. 00790821
                                               (Requesting Admission *Pro Hac Vice*)
                                               Andrew G. DiNovo
                                               State Bar No. 00790594
                                               Adam G. Price
                                               State Bar No. 24027750
                                               Jay D. Ellwanger
                                               State Bar No. 24036522
                                               DINOVO PRICE ELLWANGER LLP
                                               P.O. Box 201690
                                               Austin, Texas 78720
                                               (512) 681-4060
                                               (512) 628-3410 (fax)
                                               vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

ATTORNEYS FOR PLAINTIFF
SOFTWARE RIGHTS ARCHIVE,
L.L.C.

sf-2744088

By:  /s/ Thomas B. Walsh, IV
     Ruffin B. Cordell - Lead Attorney
     Texas Bar No. 04820550
     FISH & RICHARDSON P.C.
     1425 K Street, 11th Floor
     Washington, DC 20005
     Telephone: (202) 783-5070
     Facsimile: (202) 783-2331

     Thomas B. Walsh, IV
     Texas Bar No. 00785173
     E-mail:  walsh@fr.com
     Fish & Richardson P.C.
     1717 Main Street, Suite 5000
     Dallas, TX  75201
     Telephone:  (214) 747-5070
     Facsimile:  (214) 747-2091

     Ramon K. Tabtiang
     Massachusetts BBO 663,943
     E-mail: rkt@fr.com
     Stephen A. Marshall
     Massachusetts BBO 666,200
     E-mail: smarshall@fr.com
     Fish & Richardson P.C.
     225 Franklin Street
     Boston, MA  02110-2804
     Telephone:  (617) 542-5070
     Facsimile:  (617) 542-8906

     Harry L. Gillam, Jr.
     Texas Bar No. 07921800
     E-mail:  gil@gillamsmithlaw.com
     Melissa R. Smith
     Texas Bar No. 24001351
     E-mail:  melissa@gillamsmithlaw.com
     GILLAM & SMITH, L.L.P.
     303 South Washington Avenue
     Marshall, TX 75670
     Telephone: (903) 934-8450
     Facsimile: (903) 934-9257

Attorneys for Defendants GOOGLE INC. and
AOL LLC

5

By: /s/ Richard S.J. Hung (by permission)

Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

Attorneys for Defendant YAHOO! INC.

6

By: /s/ Jennifer A. Kash (by permission)
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH &
MEDIA, INC. and LYCOS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 11th day of March, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV

sf-2744088