IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | **Civil Case No. 2:07-cv-511 (CE)** |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE DEFENDANTS' SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE INVALIDITY CONTENTIONS**

Defendant Yahoo! Inc. hereby submits on behalf of all Defendants this Unopposed Motion to Extend Time to File Defendants' Sur-Reply in Opposition to Plaintiff's Motion to Strike Defendants' Invalidity Contentions.

1. Plaintiff filed its Motion to Strike Defendants' Invalidity Contentions on January 21, 2010 (Dkt. No. 218). Defendants filed their Opposition to the Motion to Strike on February 22, 2010 (Dkt. No. 228). Plaintiff sought and received an extension of time to file its Reply in Support of its Motion to Strike (Dkt. No. 231). Plaintiff filed its Reply on March 9, 2010 (Dkt. No. 234).

2. The Court granted Defendants leave to file a 10-page Sur-Reply (Dkt. No. 220). Defendants' Sur-Reply in Opposition to the Motion to Strike is currently due March 18, 2010.

3. Yahoo! Inc. requests on behalf of all Defendants additional time until March 26, 2010 for Defendants to file their Sur-Reply in Opposition to Plaintiff's Motion to Strike, in order to coordinate with each other and fully brief the issues. Plaintiff does not oppose this extension.

sf-2815378

Dated: March 11, 2010  Respectfully submitted,

By: */s/ Richard S.J. Hung, with permission by Michael E. Jones*
Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

Attorneys for Defendant YAHOO! INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Yahoo! conferred with counsel for Plaintiff Software Rights Archive, Inc. ("SRA") regarding the relief requested herein. Counsel for SRA stated that SRA does not oppose this motion. Accordingly, this motion is presented to the Court for determination.

*/s/ _ Richard S.J. Hung, with permission by Michael E. Jones*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 11, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*

sf-2815378