**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

**NOTICE OF JOINDER IN DEFENDANT YAHOO! INC.'S MOTION FOR HEARING ON MOTION TO TRANSFER AND IN THE ALTERNATIVE FOR CONTINUANCE OF CLAIM CONSTRUCTION DEADLINES**

On March 9, 2010, Defendant Yahoo! Inc. filed a Motion for Hearing on Motion to Transfer and in the Alternative for Continuance of Claim Construction Deadlines (D.N. 236). Defendants IAC Search & Media, Inc. and Lycos, Inc. hereby join in that motion.

1

Dated: March 16, 2010                                    Respectfully submitted,

By: /s/ Jennifer A. Kash (by Collin Maloney with permission)
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 16th day of March, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Collin Maloney
Collin Maloney