**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | |
| v. | Civil Case No. 2:07-cv-511 (CE) |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC. | |

**NOTICE OF JOINDER IN DEFENDANT YAHOO! INC.'S MOTION FOR HEARING ON MOTION TO TRANSFER AND IN THE ALTERNATIVE FOR CONTINUANCE OF CLAIM CONSTRUCTION DEADLINES**

On March 9, 2010, Defendant Yahoo! Inc. filed a Motion for Hearing on Motion to Transfer and in the Alternative for Continuance of Claim Construction Deadlines (D.N. 236). Defendants Google Inc. and AOL LLC hereby join in that motion.

1

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Thomas B. Walsh, IV
    Ruffin B. Cordell – Lead Attorney
    Texas Bar No. 04820550
    FISH & RICHARDSON P.C.
    1425 K Street, 11th Floor
    Washington, DC 20005
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Thomas B. Walsh, IV
    Texas Bar No. 00785173
    E-mail:  walsh@fr.com
    Fish & Richardson P.C.
    1717 Main Street, Suite 5000
    Dallas, TX  75201
    Telephone:  (214) 747-5070
    Facsimile:  (214) 747-2091

    Ramon K. Tabtiang
    Massachusetts BBO 663,943
    E-mail: rkt@fr.com
    Stephen A. Marshall
    Massachusetts BBO 666,200
    E-mail: smarshall@fr.com
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA  02110-2804
    Telephone:  (617) 542-5070
    Facsimile:  (617) 542-8906

    Harry L. Gillam, Jr.
    Texas Bar No. 07921800
    E-mail:  gil@gillamsmithlaw.com
    Melissa R. Smith
    Texas Bar No. 24001351
    E-mail:  melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
Counsel for Defendant and Counter-Claimants
GOOGLE INC.  and AOL LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of March, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                 /s/ Thomas B. Walsh, IV
                                                                  Thomas B. Walsh, IV