IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-511[TJW] |
| | § | |
| GOOGLE, INC., YAHOO! INC., | § | JURY TRIAL DEMANDED |
| IAC SEARCH & MEDIA, INC., | § | |
| AOL LLC, and LYCOS, INC. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT YAHOO! INC.

Defendant Yahoo! Inc. files this Notice of Appearance of Additional Counsel and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, A Professional Corporation, 110 North College Ave., Suite 500, Tyler, Texas 75702, is appearing as additional counsel for Defendant Yahoo! Inc. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: March 19, 2010

Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)

By: */s/ Allen F. Gardner*
    Allen F. Gardner
    State Bar No. 24043679
    allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT**
**YAHOO! INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 19, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Allen F. Gardner*
Allen F. Gardner

{A48\7854\0006\W0424901.1 }