IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC. | Civil Case No. 2:07-cv-511 (CE) |

## JOINT MOTION TO FURTHER EXTEND CERTAIN SCHEDULING DEADLINE

Come now Plaintiff Software Rights Archive, LLC and Defendants Google, Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc. and file this Joint Motion to Further Extend Certain Scheduling Deadline, and in support of same would show the Court as follows:

1.  The parties have reached agreement to extend a certain scheduling deadline in this matter. The current deadline and the agreed to extended deadline appear in the below chart:

| EVENT | CURRENT DEADLINE | AGREED TO EXTENDED DEADLINE |
|---|---|---|
| On or before April 2, 2010, the parties will notify the Court of any disputes regarding the discovery of Source Code. | March 19, 2010 | April 2, 2010 |

2.  The above agreed to extended deadline will not adversely affect any other of the Court's deadlines. For example, jury selection is not scheduled to occur until May 2, 2011.

3.  The parties are today filing a joint motion to further supplement the Protective Order to address issues and protocols regarding discovery of Source Code.

This Motion is not sought for delay, but that justice might be done.

1

sf-2744088

WHEREFORE, the parties jointly and respectfully request that the above deadline be further extended as agreed to by the parties as set forth in the above chart.

Dated: March 19, 2010	Respectfully submitted,

By: /s/ Lee L. Kaplan (by permission)
    Lee L. Kaplan
    LEAD ATTORNEY
    State Bar No. 11094400
    **SMYSER KAPLAN & VESELKA, L.L.P.**
    700 Louisiana, Suite 2300
    Houston, Texas 77002
    (713) 221-2323
    (713) 221-2320 (fax)
    lkaplan@skv.com

    Victor G. Hardy
    State Bar No. 00790821
    (Requesting Admission *Pro Hac Vice*)
    Andrew G. DiNovo
    State Bar No. 00790594
    Adam G. Price
    State Bar No. 24027750
    Jay D. Ellwanger
    State Bar No. 24036522
    **DINOVO PRICE ELLWANGER LLP**
    P.O. Box 201690
    Austin, Texas 78720
    (512) 681-4060
    (512) 628-3410 (fax)
    vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

                                        ATTORNEYS FOR PLAINTIFF
                                        SOFTWARE RIGHTS ARCHIVE,
                                        L.L.C.

By: /s/ Thomas B. Walsh, IV
    Ruffin B. Cordell - Lead Attorney
    Texas Bar No. 04820550
    FISH & RICHARDSON P.C.
    1425 K Street, 11th Floor
    Washington, DC 20005
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Thomas B. Walsh, IV
    Texas Bar No. 00785173
    E-mail: walsh@fr.com
    Fish & Richardson P.C.
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091

    Ramon K. Tabtiang
    Massachusetts BBO 663,943
    E-mail: rkt@fr.com
    Stephen A. Marshall
    Massachusetts BBO 666,200
    E-mail: smarshall@fr.com
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA 02110-2804
    Telephone: (617) 542-5070
    Facsimile: (617) 542-8906

    Harry L. Gillam, Jr.
    Texas Bar No. 07921800
    E-mail: gil@gillamsmithlaw.com
    Melissa R. Smith
    Texas Bar No. 24001351
    E-mail: melissa@gillamsmithlaw.com
    GILLAM & SMITH, L.L.P.
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

Attorneys for Defendants GOOGLE INC. and AOL LLC

By: /s/ Richard S.J. Hung (by permission)
Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

Attorneys for Defendant YAHOO! INC.

By: /s/ Jennifer A. Kash (by permission)
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH &
MEDIA, INC. and LYCOS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 19th day of March, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV

sf-2744088