# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>v.<br><br>**GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, AND LYCOS, INC.** | Civil Case No. 2:07-cv-511 (CE) |

## JOINT MOTION FOR ENTRY OF AGREED SUPPLEMENTAL PROTECTIVE ORDER TO GOVERN THE PRODUCTION/INSPECTION OF SOURCE CODE

Come now Plaintiff Software Rights Archive, LLC and Defendants Google, Inc., Yahoo! Inc., IAC Search & Media, Inc., AOL, LLC, and Lycos, Inc. and file this Joint Motion for Entry of Agreed Supplemental Protective Order to Govern the Production/Inspection of Source Code and respectfully show the Court the following:

1. The deadline for the parties to file a joint motion to further supplement the Protective Order to address issues and protocols regarding discovery of Source Code is today, March 19, 2010.

2. The parties have reached agreement on the terms of an Agreed Supplemental Protective Order to Govern the Production/Inspection of Source Code, in the form attached hereto as Exhibit "A".

3. The parties jointly and respectfully request that the attached Agreed Supplemental Protective Order to Govern the Production/Inspection of Source Code be adopted by this Court in its entirety.

WHEREFORE, the parties jointly and respectfully request that the attached Agreed Supplemental Protective Order to Govern the Production/Inspection of Source Code be adopted by this Court in its entirety.

Dated:  March 19, 2010    Respectfully submitted,

    By: /s/ Victor Hardy (by permission)
      Lee L. Kaplan
      LEAD ATTORNEY
      State Bar No. 11094400
      **SMYSER KAPLAN & VESELKA, L.L.P.**
      700 Louisiana, Suite 2300
      Houston, Texas 77002
      (713) 221-2323
      (713) 221-2320 (fax)
      lkaplan@skv.com

      Victor G. Hardy
      State Bar No. 00790821
      (Requesting Admission *Pro Hac Vice*)
      Andrew G. DiNovo
      State Bar No. 00790594
      Adam G. Price
      State Bar No. 24027750
      Jay D. Ellwanger
      State Bar No. 24036522
      **DINOVO PRICE ELLWANGER & HARDY LLP**
      P.O. Box 201690
      Austin, Texas 78720
      (512) 681-4060
      (512) 628-3410 (fax)
      vhardy@dpelaw.com

*Of counsel:*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX**
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999
(903) 236-9800
(903) 236-8787 (fax)
ccapshaw@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert C. Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 0078352
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)

                                                     ATTORNEYS FOR PLAINTIFF
                                                     SOFTWARE RIGHTS ARCHIVE,
                                                     L.L.C.

By: /s/ Thomas B. Walsh, IV
Ruffin B. Cordell - Lead Attorney
Texas Bar No. 04820550
FISH & RICHARDSON P.C.
1425 K Street, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas B. Walsh, IV
Texas Bar No. 00785173
E-mail: walsh@fr.com
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Ramon K. Tabtiang
Massachusetts BBO 663,943
E-mail: rkt@fr.com
Stephen A. Marshall
Massachusetts BBO 666,200
E-mail: smarshall@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Harry L. Gillam, Jr.
Texas Bar No. 07921800
E-mail: gil@gillamsmithlaw.com
Melissa R. Smith
Texas Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Attorneys for Defendants GOOGLE INC. and AOL LLC

By: /s/ Richard S.J. Hung (by permission)
Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Michael E. Jones
Texas Bar No. 10929400
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

Attorneys for Defendant YAHOO! INC.

By: /s/ Jennifer A. Kash (by permission)
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Otis Carroll
Tex. Bar No. 03895700
Collin Maloney
Tex. Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Attorneys for Defendants IAC SEARCH & MEDIA, INC. and LYCOS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 19th day of March, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV