AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

____EASTERN____ DISTRICT OF ____TEXAS____

SOFTWARE RIGHTS ARCHIVE, LLC
V.
GOOGLE INC., *et al.*

**NOTICE OF HEARING**

CASE NUMBER:   2:07-CV-511 (CE)

TYPE OF CASE:

    X   **CIVIL**          **CRIMINAL**

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States District Court<br>100 E. Houston<br>Marshall, Texas 75670 | Judge Everingham's Courtroom |
| | DATE AND TIME<br>April 7, 2010, 1:30 p.m. |

TYPE OF PROCEEDING

**Hearing on Plaintiff's Motion to Compel (Dkt. #194)**

    **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

| March 19, 2010 | Jan Lockhart |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:    ALL COUNSEL OF RECORD

**ACKNOWLEDGMENT**

    **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

    **I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty._____  _____
                                                                          Date

Print Name of Atty._____

Counsel for _____
                   (Name of Party)

Type of Proceeding: _____
                           (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____