✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  TEXAS

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC<br>V.<br>GOOGLE INC., *et al.* | **NOTICE OF HEARING**<br><br>CASE NUMBER:   2:07-CV-511 (CE) |

TYPE OF CASE:

    X   **CIVIL**　　　　　　　**CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**Hearing on Plaintiff's Motion to Compel (Dkt. #194)**

X   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| United States District Court<br>Judge Eveirngham's Courtroom<br>100 E. Houston Street<br>Marshall, Texas 75670 | April 7, 2010, 1:30 p.m. | **April 8, 2010, 1:30 p.m.** |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

March 22, 2010　　　　　　　　　　　　　　　　Jan Lockhart
DATE　　　　　　　　　　　　　　　　　　　　　(BY) DEPUTY CLERK

TO:　　ALL COUNSEL OF RECORD

**ACKNOWLEDGMENT**

     **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____      _____
                                                                                Date
Print Name of Atty. _____

Counsel for _____
               (Name of Party)

Type of Proceeding: _____
               (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____