**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**SOFTWARE RIGHTS ARCHIVE, LLC**

**v.**                                                **Civil Case No. 2:07-cv-511 (CE)**

**GOOGLE INC., YAHOO! INC., IAC**
**SEARCH & MEDIA, INC., AOL, LLC,**
**AND LYCOS, INC.**

**ORDER GRANTING JOINT MOTION TO FURTHER EXTEND**
**CERTAIN SCHEDULING DEADLINE**

Before the Court is the parties' Joint Motion to Further Extend Certain Scheduling

Deadline.  Having considered the matter, and the fact that it is a joint motion, the Court

GRANTS the Motion and extends the following deadline as reflected in the below chart:

| EVENT | CURRENT DEADLINE | AGREED TO EXTENDED DEADLINE |
|---|---|---|
| On or before April 2, 2010, the parties will notify the Court of any disputes regarding the discovery of Source Code. | March 19, 2010 | April 2, 2010 |

SIGNED this 22nd day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE