# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-511 |
| | § | |
| GOOGLE INC., ET AL. | § | |

## ORDER

Pending before the court is the plaintiff Software Rights Archive, LLC's ("SRA") motion to compel the defendants Google Inc., Yahoo! Inc., and AOL LLC to provide discovery regarding their non-infringement contentions (Dkt. No. 271).  SRA's motion is DENIED without prejudice to refiling after the *Markman* hearing.

SIGNED this 26th day of May, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE